# EXHIBIT 8



| | CS Disco, Inc. | Invoice #: 435148 |
| --- | --- | --- |
| | EIN: 464254444 | Date: 03/01/2024 |
| | billing@csdisco.com | |

**Bill To**
Greenberg Traurig LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta GA 30305
United States

**Ship To**
Greenberg Traurig LLP
Terminus 200
3333 Piedmont Road NE, Suite 2500
Atlanta GA 30305
United States

**Invoice Amount Due:**

# $62.50

**Due Date: 03/31/2024**

| Review Database Name | Billing Code | PO Number |
| --- | --- | --- |
| Darling/American Proteins | | |

### DISCO Services

| Date | Resource | Description | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 02/29/2024 | Warren Johnson | Create a new matter and database and conducted quality check to ensure the settings are correct as requested by S. Rosenwasser | 0.25 | 250.00 | $62.50 |
| **Subtotal** | | | | | **$62.50** |

| | | |
| --- | --- | --- |
| | Tax | $0.00 |
| | **Total** | **$62.50** |
| | **Amount Paid / Credits Applied** | **($0.00)** |
| | **AMOUNT DUE** | **$62.50** |

Payment can be made by credit card, ACH or check.
Please send checks to
P. O. Box 737106
Dallas, TX 75373-7106
For ACH send to
JPMorgan Chase, Beneficiary CS Disco Inc.
Routing number 111000614, Account number 900096873



| | CS Disco, Inc. | Invoice #: 457012 |
| --- | --- | --- |
| | EIN: 464254444 | Date: 04/01/2024 |
| | billing@csdisco.com | |

**Bill To**
Greenberg Traurig LLP
Terminus 200 3333 Piedmont Road NE
Suite 2500
Atlanta GA 30305
United States

**Ship To**
Greenberg Traurig LLP
Terminus 200 3333 Piedmont Road NE
Suite 2500
Atlanta GA 30305
United States

**Invoice Amount Due:**

# $27,740.75

**Due Date: 05/01/2024**

| Review Database Name | Billing Code | PO Number |
| --- | --- | --- |
| Darling/American Proteins | | |

### DISCO Ediscovery

| Start Date | End Date | Description | Size (GB) | Pro-Rated Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- | --- |
| 03/01/2024 | 03/31/2024 | 250 GB Active for March | 250 | 250.00 | 28.00 | $7,000.00 |
| 03/01/2024 | 03/31/2024 | 231.65 GB Active for March | 231.65 | 231.65 | 27.00 | $6,254.55 |
| 04/01/2024 | 04/30/2024 | 250 GB Active for April | 250 | 250.00 | 28.00 | $7,000.00 |
| 04/01/2024 | 04/30/2024 | 231.65 GB Active for April | 231.65 | 231.65 | 28.00 | $6,486.20 |
| **Subtotal** | | | | | | **$26,740.75** |

### DISCO Services

| Date | Resource | Description | Quantity | Price | Amount |
| --- | --- | --- | --- | --- | --- |
| 03/30/2024 | Tony Prater | 00375277: Ingested native data, monitored the ingest, and provided periodic updates for ingest | 4.00 | 250.00 | $1,000.00 |
| **Subtotal** | | | | | **$1,000.00** |

| | |
| --- | --- |
| Tax | $0.00 |
| Total | $27,740.75 |
| Amount Paid / Credits Applied | ($0.00) |
| **AMOUNT DUE** | **$27,740.75** |

Payment can be made by credit card, ACH or check.
Please send checks to
P. O. Box 737106
Dallas, TX 75373-7106
For ACH send to
JPMorgan Chase, Beneficiary CS Disco Inc.
Routing number 111000614, Account number 900096873

![DISCO logo]

CS Disco, Inc.
EIN: 464254444
ar@csdisco.com

Invoice #: 457004
Date: 05/01/2024

**Bill To**
Greenberg Traurig LLP
Terminus 200 3333 Piedmont Road NE
Suite 2500
Atlanta GA 30305
United States

**Ship To**
Greenberg Traurig LLP
Terminus 200 3333 Piedmont Road NE
Suite 2500
Atlanta GA 30305
United States

**Invoice Amount Due:**

# $12,630.03

**Due Date: 05/31/2024**

| Review Database Name | Billing Code | PO Number |
|---|---|---|
| Darling/American Proteins | | |

### DISCO Ediscovery

| Start Date | End Date | Description | Size (GB) | Pro-Rated Quantity | Price | Amount |
|---|---|---|---|---|---|---|
| 05/01/2024 | 05/31/2024 | 250.00 GB Active for May | 250 | 250.00 | 28.00 | $7,000.00 |
| 05/01/2024 | 05/31/2024 | 164.54 GB Active for May | 164.538 | 164.54 | 27.00 | $4,442.53 |
| **Subtotal** | | | | | | **$11,442.53** |

### DISCO Services

| Date | Resource | Description | Quantity | Price | Amount |
|---|---|---|---|---|---|
| 04/01/2024 | Jesse Mcmullen | Analyze and consult with steven rosenwasser via email regarding creating a STR; summarize and associated timelines and circulate to steven | 0.50 | 250.00 | $125.00 |
| 04/03/2024 | Luke Kathol | 00380571 4/3 Steven Rosenwasser Greenberg Traurig LLP Darling/American Proteins | Greenberg Traurig LLP Ran an STR based on a previous STR with one adjustment. Then made a folder for the results and placed the results with their family members in this folder | 0.25 | 250.00 | $62.50 |
| 04/04/2024 | Luke Kathol | 00380571 4/4 Steven Rosenwasser Greenberg Traurig LLP Darling/American Proteins | Greenberg Traurig LLP Ran an STR based on a previous STR with one adjustment. Then made a folder for the results and placed the results with their family members in this folder | 0.50 | 250.00 | $125.00 |
| 04/09/2024 | Jonathan Guerrero | Generate custom participant report by request of S.Rosenwasser. | 1.00 | 250.00 | $250.00 |
| 04/15/2024 | Matt McCormack | Edit users in database at the request of C. Williams; ensure correct role | 0.50 | 250.00 | $125.00 |
| 04/15/2024 | Charlotte Hill | Generate search term report per request of C. Williams | 0.50 | 250.00 | $125.00 |
| 04/18/2024 | Charlotte Hill | Identify and isolate privilege documents for review via a search term report per request of C. Williams | 0.50 | 250.00 | $125.00 |
| 04/19/2024 | Charlotte Hill | Generate privilege highlighting per request of C. Williams; create review stages for privilege documents per request of C. Williams | 0.75 | 250.00 | $187.50 |
| 04/22/2024 | Charlotte Hill | Create review stages for [data details] documents per request of [client] | 0.25 | 250.00 | $62.50 |
| **Subtotal** | | | | | **$1,187.50** |

Payment can be made by credit card, ACH or check.
Please send checks to
P. O. Box 737106
Dallas, TX 75373-7106
For ACH send to
JPMorgan Chase, Beneficiary CS Disco Inc.
Routing number 111000614, Account number 900096873

1 of 2



CS Disco, Inc.
EIN: 464254444
ar@csdisco.com

**Invoice #: 457004**
**Date: 05/01/2024**

| | |
|---:|---:|
| **Tax** | **$0.00** |
| **Total** | **$12,630.03** |
| **Amount Paid / Credits Applied** | **($0.00)** |
| **AMOUNT DUE** | **$12,630.03** |

Payment can be made by credit card, ACH or check.
Please send checks to
P. O. Box 737106
Dallas, TX 75373-7106
For ACH send to
JPMorgan Chase, Beneficiary CS Disco Inc.
Routing number 111000614, Account number 900096873