# EXHIBIT 9

| From: | Rosenwasser, Steven J. (Shld-ATL-LT) |
|---|---|
| To: | Caitlin.Saladrigas@hklaw.com; Romeo.Quinto@hklaw.com; Alexander.Dudley@hklaw.com |
| Cc: | Eye, William E. (Assoc-ATL-LT) |
| Subject: | Darling/API Keyword "Hit" Report |
| Date: | Tuesday, April 2, 2024 7:35:34 AM |
| Attachments: | API Search Term Report 1.pdf |

Caitlin, Romeo, and Alex,

Good morning. As you know, immediately after API provided proposed keywords we indicated that the proposed keyword were too broad and would result in a large number of false positives. For that reason, we asked that you please narrow the terms. API elected not to do so. Instead, it asked that Darling prepare a keyword "hit" report showing the breadth and burden of the terms. While we maintained our objections, as a sign of good faith, we have now prepared the keyword "hit" report, a copy of which is attached. As you will see, Darling's concerns were valid. The report indicates that the proposed keywords "hit" 37,560 document. It would be unduly burdensome and extremely costly for Darling to have to incur the time and expense associated with reviewing those documents for, among other things, relevance and privilege. That ignores the time and expense associated with redactions and confidentiality designations.  For these and other reasons, Darling maintains its objections that the proposed keywords are overly broad, unduly burdensome, and seek information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

Through this email, we ask that you please go through the report and provide us with new keywords that are substantially narrowed to the core issues in your case. And that materially reduce the number of "hit" documents. Further, as we previously discussed, the number of document Darling is willing to review is dependent, at least in part, on API's agreement to pay the fees and expenses Darling incurs in the review and production process. While reasonableness and relevance remain important considerations, Darling notes that if API agrees to pay all Darling's fees and costs, Darling is more amenable to reviewing a greater number of document. Thus, in addition to providing revised keywords, please also state whether API agrees to pay some or all of Darling's fees and costs (if API is agreeable to paying some, but not all, fees and costs, please state the amount).

Thanks,

Steven

# Search Term Report



# 00377773 Search Term Report

## DARLING/AMERICAN PROTEINS

Calculation initiated by **Steven Rosenwasser (rosenwassers@gtlaw.com)** on **Tuesday, April 2, 2024**, at 7:25 AM EDT.

| | Search terms | Documents | | | Docs w/ family members | | |
|---|---|---|---|---|---|---|---|
| | | Count | Cum. | Unique | Count | Cum. | Unique |
| 1. | (acqui* OR "deal" OR purchas* OR "run" OR operat*) AND ("Tyson" OR "River Valley" OR "RVI" ) AND ("API" OR "American Proteins" OR "AMPRO" OR "plant" OR "facility" OR "location" OR "Cumming" OR "Alma" OR "Cuthbert" OR "Hanceville" OR "Bagwell" OR "Hull" OR "Mabe" OR (Mark /2 Ham)) | 9,141 | **9,141** | 0 | 18,214 | **18,214** | 0 |
| 2. | ("Tyson" OR "River Valley" OR "RVI") AND ("API" OR "American Proteins" OR "AMPRO") AND (Pilgrim* OR "Harrison" OR "Mar-Jac" OR "Mar Jac" OR "Wayne" OR "Koch" OR "Sanderson" OR "Perdue" OR "Claxton" OR "Alatrade" OR "Gemstone" OR "Peco" OR (Fries/2 Farm*)) | 3,510 | **11,404** | 0 | 7,066 | **22,121** | 0 |
| 3. | (acqui* OR "deal" OR purchas* OR "run" OR operat*) AND ("Tyson" OR "River Valley" OR "RVI" ) AND ("API" OR "American Proteins" OR "AMPRO" OR "plant" OR "facility" OR "location" OR "Cumming" OR "Alma" OR "Cuthbert" OR "Hanceville" OR "Bagwell" OR "Hull" OR "Mabe" OR (Mark /2 Ham)) | 9,141 | **11,404** | 0 | 18,214 | **22,121** | 0 |
| 4. | ("Tyson" OR "River Valley" OR "RVI") AND ("API" OR "American Proteins" OR "AMPRO") AND (Pilgrim* OR "Harrison" OR "Mar-Jac" OR "Mar Jac" OR "Wayne" OR "Koch" OR "Sanderson" OR "Perdue" OR "Claxton" OR "Alatrade" OR "Gemstone" OR "Peco" OR (Fries/2 Farm*)) | 3,510 | **11,404** | 0 | 7,066 | **22,121** | 0 |
| 5. | ("Tyson" OR "River Valley" OR "RVI") AND ("API" OR "American Proteins" OR "AMPRO" OR "Bagwell" OR "Hull" OR "Mabe" OR (Mark /2 Ham)) | 4,756 | **11,958** | 400 | 9,420 | **22,907** | 470 |
| 6. | ("Tyson" OR "River Valley" OR "RVI") AND ((pric* OR "volume" OR "pet market" OR "render market" OR "poultry market" OR "chicken market" OR compet*) AND ("meal" OR "fat")) | 13,200 | **18,847** | 6,804 | 24,952 | **33,994** | 10,941 |
| 7. | (acqui* OR "deal" OR purchas* OR "run" OR operat*) AND ("Tyson" OR "River Valley" OR "RVI" ) AND ("plant" OR "facility" OR "location" OR "Cumming" OR "Alma" OR "Cuthbert" OR "Hanceville" OR "Bagwell" OR "Hull" OR "Mabe" OR (Mark /2 Ham)) | 9,047 | **18,847** | 0 | 18,095 | **33,994** | 0 |
| 8. | ("Tyson" OR "River Valley" OR "RVI") AND ("Poultry Protein & Fat Council" OR "PPFC" OR "U.S. Poultry & Egg Association" OR "USPOULTRY" OR "North American Renderers Association" or "NARA") AND ("API" OR "American Proteins" OR "AMPRO" OR Pilgrim* OR block* OR "boycott" OR monop* OR compe*) | 185 | **18,870** | 23 | 373 | **34,040** | 46 |
| 9. | ("Tyson" OR "River Valley" OR "RVI") AND ("American Proteins" OR "AMPRO" OR "API") AND ("lawsuit" OR "litigation" OR disput* OR "antitrust") | 98 | **18,870** | 0 | 156 | **34,040** | 0 |
| 10. | (pric* OR "volume" OR "pet market" OR "render market" OR "poultry market" OR "chicken market") AND ( "meal" OR "fat") AND (competition* OR compete* OR competing* OR monopol* OR supply* OR demand*) | 2,024 | **20,453** | 1,583 | 4,542 | **37,560** | 3,520 |
| **Cumulative Total** | | | **20,453** | | | **37,560** | |