# EXHIBIT 11

| From: | Rosenwasser, Steven J. (Shld-ATL-LT) |
|---|---|
| To: | Caitlin.Saladrigas@hklaw.com |
| Cc: | Romeo.Quinto@hklaw.com; Alexander.Dudley@hklaw.com; Eye, William E. (Assoc-ATL-LT); Kenneth.Racowski@hklaw.com |
| Subject: | FW: Report |
| Date: | Monday, April 15, 2024 6:59:15 AM |
| Attachments: | Attendees.2014..pdf<br>2038056.pdf<br>2038056.pdf<br>IEG FID 07092018.pdf |

Caitlin,

Good morning and thank you for your email below. A few thoughts/responses:

First, we can agree to disagree on costs. Suffice it to say, as you acknowledge below, we intend to seek all fees, costs, and expenses once this process is complete. Thus, the more you ask/require us to do, the higher the request for reimbursement will be. Your client should be mindful of how much it asks/requires us to do for that reason.

Second, we will create a new "hit" report for the revised terms. That said, we remain concerned that the keywords are still too broad and will result in (i) too many hits and (ii) too many false positives. Indeed, I ran one of the terms myself – the first revision – and it alone "hit" 5,194 documents. I did a quick scan and scores of them were false positives.

Third, with respect to the two terms you did not modify, your client is only looking at one consideration, *i.e.* the number of "hits." Another important consideration is false positives. And the terms you propose include numerous false positives. For example, the search term ("Tyson" OR "River Valley" OR "RVI") AND ("Poultry Protein & Fat Council" OR "PPFC" OR "U.S. Poultry & Egg Association" OR "USPOULTRY" OR "North American Renderers Association" or "NARA") AND ("API" OR "American Proteins" OR "AMPRO" OR Pilgrim* OR block* OR "boycott" OR monop* OR compe*) hits scores of irrelevant documents because the terms you proposed are commonly used for trade association events. A few examples are provided.

**Likewise,** ("Tyson" OR "River Valley" OR "RVI") AND ("American Proteins" OR "AMPRO" OR "API") AND ("lawsuit" OR "litigation" OR disput* OR "antitrust") hits numerous false positives. One reason is that trade groups often have a review of antitrust policies at the outset of meetings. See attached example. The terms also hit news articles involving disputes having nothing to do with this case. See attached example.

Thus, we ask that you please modify these two terms so they are narrowly tailored to the issues in dispute in this case.

I will send the revised "hit" report as soon as it is received.

Steven

**From:** Caitlin.Saladrigas@hklaw.com <Caitlin.Saladrigas@hklaw.com>
**Sent:** Friday, April 12, 2024 3:48 PM

**To:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>; romulo.tinoco@arglass.us; Alexander.Dudley@hklaw.com
**Cc:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>; Kenneth.Racowski@hklaw.com; Romeo.Quinto@hklaw.com
**Subject:** RE: Report

Steven,

Thank you for providing the participant report. Although it is not in exactly the form that we were looking for, we were able to obtain the information we were looking for which ultimately did not narrow the population as much as we'd hoped. The purpose of requesting the report was not to increase Darling's costs. On the contrary, we are providing proposed solutions to minimize the burden and costs for Darling to conduct its ESI review. Darling has already rejected our clawback agreement proposal, which would have shifted a significant portion of this process to API and would have limited Darling's burden and costs. Again, Darling's own self-interest to nevertheless insist on conducting all aspects of the ESI review when API has proposed cost-saving measures does not support an entitlement to costs. Similarly, the factors the Court will need to analyze to the extent Darling were to seek costs weigh against cost shifting, including Darling's ability to more readily bear the costs of compliance as a profitable, publicly traded company compared to API that is no longer in business, Darling's interest in the outcome of this litigation, and the public importance of this litigation.

Darling has made abundantly clear that it has a different perspective on its entitlement to costs. But, at this time, the parties should agree to disagree on this issue and reserve all rights to address it with the Court at the appropriate juncture. The parties' energies should instead be focused on finalizing agreements on all Requests and agreeing on the scope of the ESI review. To that end, API is providing revised terms as reflected below in red. We previously asked Darling to provide a number as to what it considers to be a reasonable range of hits for its ESI review. We have not received a response to this question, and would appreciate if you could provide an answer.

### Revised Search Terms

- **Initial**: (acqui* OR "deal" OR purchas* OR "run" OR operat*) AND ("Tyson" OR "River Valley" OR "RVI" ) AND ("API" OR "American Proteins" OR "AMPRO" OR "plant" OR "facility" OR "location" OR "Cumming" OR "Alma" OR "Cuthbert" OR "Hanceville" OR "Bagwell" OR "Hull" OR "Mabe" OR (Mark /2 Ham))
- **Revised**: (acqui* OR "deal" OR purchas* OR "run" OR operat*) AND ("Tyson" OR "River Valley" OR "RVI" ) AND ("API" OR "American Proteins" OR "AMPRO" OR "plant" OR "facility" OR "location" OR "Cumming" OR "Alma" OR "Cuthbert" OR "Hanceville" OR "Bagwell" OR "Hull" OR "Mabe" OR (Mark /2 Ham)) AND (concern* OR issue* OR strateg* OR "negative" OR impact* OR analys* OR assess* OR consolida* OR monop*)
    - Note – this search can be limited to communications between May 2018 to May 2022.
- **Initial:** ("Tyson" OR "River Valley" OR "RVI") AND ("API" OR "American Proteins" OR "AMPRO") AND (Pilgrim* OR "Harrison" OR "Mar-Jac" OR "Mar Jac" OR "Wayne" OR "Koch" OR "Sanderson" OR "Perdue" OR "Claxton" OR "Alatrade" OR "Gemstone" OR "Peco" OR

- (Fries/2 Farm*))
  - **Revised:** ("Tyson" OR "River Valley" OR "RVI") AND ("API" OR "American Proteins" OR "AMPRO") AND (Pilgrim* OR "Harrison" OR "Mar-Jac" OR "Mar Jac" OR "Wayne" OR "Koch" OR "Sanderson" OR "Perdue" OR "Claxton" OR "Alatrade" OR "Gemstone" OR "Peco" OR (Fries/2 Farm*)) AND ("contract" OR agree*)
    - Note – this search can be limited to communications between May 2018 to May 2022.

- **Initial:** ("Tyson" OR "River Valley" OR "RVI") AND ("API" OR "American Proteins" OR "AMPRO" OR "Bagwell" OR "Hull" OR "Mabe" OR (Mark /2 Ham))
- **Revised:** ("Tyson" OR "River Valley" OR "RVI") AND ("API" OR "American Proteins" OR "AMPRO" OR "Bagwell" OR "Hull" OR "Mabe" OR (Mark /2 Ham)) AND (pric* OR "volume" OR "pet market" OR "render market" OR "poultry market" OR "chicken market" OR compet*)

- **Initial:** ("Tyson" OR "River Valley" OR "RVI") AND (pric* OR "volume" OR "pet market" OR "render market" OR "poultry market" OR "chicken market" OR compet*) AND ("meal" OR "fat"))
- **Revised:** ("Tyson" OR "River Valley" OR "RVI") AND (pric* OR "volume" OR "pet market" OR "render market" OR "poultry market" OR "chicken market" OR compet*) AND ("chicken meal" OR "chicken fat") AND (concern* OR issue* OR strateg* OR "negative" OR impact* OR analys* OR assess* OR consolida* OR monop*)

- **Initial:** (pric* OR "volume" OR "pet market" OR "render market" OR "poultry market" OR "chicken market") AND ("meal" OR "fat") AND (competition* OR compete* OR competing* OR monopol* OR supply* OR demand*)
- **Revised:** (pric* OR "volume" OR "pet market" OR "render market" OR "poultry market" OR "chicken market") AND ("chicken meal" OR "chicken fat") AND (competition* OR compete* OR competing* OR monopol* OR supply* OR demand*) AND ("Tyson" OR "River Valley" OR "RVI")

The following two searches had 332 and 155 hits, respectively, which we believe are a reasonable number of hits for Darling to review without the need for further narrowing:

- ("Tyson" OR "River Valley" OR "RVI") AND ("Poultry Protein & Fat Council" OR "PPFC" OR "U.S. Poultry & Egg Association" OR "USPOULTRY" OR "North American Renderers Association" or "NARA") AND ("API" OR "American Proteins" OR "AMPRO" OR Pilgrim* OR block* OR "boycott" OR monop* OR compe*)

- ("Tyson" OR "River Valley" OR "RVI") AND ("American Proteins" OR "AMPRO" OR "API") AND ("lawsuit" OR "litigation" OR disput* OR "antitrust")

After Darling runs the revised searches, please provide an updated hit report for our review. Once we have an updated hit report, we can determine and discuss whether the count is reasonable or further revised terms are necessary.

Thanks,
Caitlin

**Caitlin Saladrigas | Holland & Knight**
Partner

Holland & Knight LLP
777 South Flagler Drive, Suite 1900, West Tower | West Palm Beach, Florida 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

---

**From:** Steven.Rosenwasser@gtlaw.com <Steven.Rosenwasser@gtlaw.com>
**Sent:** Tuesday, April 9, 2024 4:23 PM
**To:** Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>; romulo.tinoco@arglass.us; Dudley, Alexander M (FTL - X27806) <Alexander.Dudley@hklaw.com>
**Cc:** eyew@gtlaw.com; Racowski, Kenneth (PHL - X49580) <Kenneth.Racowski@hklaw.com>; Quinto, Romeo S (CHI - X65802) <Romeo.Quinto@hklaw.com>
**Subject:** RE: Report

*[External email]*
Caitlin,

Here is the report, which is being designated as Confidential under the Protective Order. We reiterate our request that you modify the keywords. Further, each time you ask us to run a report costs money. We did the first few without an agreement that you pay costs. But we cannot do that indefinitely. We are glad to run keyword searches (within reason) and seek reimbursement on the back end. But you must agree to pay in advance for any more reports like these given there is an out of pocket expense on our side.

Steven

---

**From:** Caitlin.Saladrigas@hklaw.com <Caitlin.Saladrigas@hklaw.com>
**Sent:** Tuesday, April 9, 2024 4:13 PM
**To:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>; romulo.tinoco@arglass.us; Alexander.Dudley@hklaw.com
**Cc:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>; Kenneth.Racowski@hklaw.com; Romeo.Quinto@hklaw.com
**Subject:** RE: Report

No objection to designating the reports confidential. Thanks, Steven.

**Caitlin Saladrigas** | **Holland & Knight**
Partner
Holland & Knight LLP
777 South Flagler Drive, Suite 1900, West Tower | West Palm Beach, Florida 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Steven.Rosenwasser@gtlaw.com <Steven.Rosenwasser@gtlaw.com>
**Sent:** Tuesday, April 9, 2024 4:03 PM
**To:** Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>; romulo.tinoco@arglass.us; Dudley, Alexander M (FTL - X27806) <Alexander.Dudley@hklaw.com>
**Cc:** eyew@gtlaw.com; Racowski, Kenneth (PHL - X49580) <Kenneth.Racowski@hklaw.com>; Quinto, Romeo S (CHI - X65802) <Romeo.Quinto@hklaw.com>
**Subject:** RE: Report

*[External email]*

Caitlin,

I understand they may not be complex reports with your system, but that does not mean they do not require work with other systems. My vendor has now given me a report – at additional cost for which we will seek reimbursement – and I am glad to send it to you. However, we need you to first agree that you will designate as "Confidential" under the Protective Order.

Thanks,

Steven

---

**From:** Caitlin.Saladrigas@hklaw.com <Caitlin.Saladrigas@hklaw.com>
**Sent:** Tuesday, April 9, 2024 2:21 PM
**To:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>; romulo.tinoco@arglass.us; Alexander.Dudley@hklaw.com
**Cc:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>; Kenneth.Racowski@hklaw.com; Romeo.Quinto@hklaw.com
**Subject:** RE: Report

Steven,

These are not complex reports. They can be run, following the steps I provided, in less than a couple hours and the cost is typically only the time for the project manager to run the report which is minimal. Other non-parties have done this without issue. In instances where vendors retained by other non-parties have run into challenges, we've offered our own project managers to help resolve the issues as we have done here. These are simple ESI tools intended to –and in our past experience have actually been extremely successful at – reducing the population of potentially responsive documents which is to your client's benefit which is why we suggested this path in the first place. If for some reason the report is truly unsuccessful here, we will discuss narrowing the search terms.

If your vendor is having trouble, let us know and we would be glad to facilitate.

Thanks,
Caitlin

**Caitlin Saladrigas | Holland & Knight**

Partner
Holland & Knight LLP
777 South Flagler Drive, Suite 1900, West Tower | West Palm Beach, Florida 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Steven.Rosenwasser@gtlaw.com <Steven.Rosenwasser@gtlaw.com>
**Sent:** Tuesday, April 9, 2024 1:27 PM
**To:** Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>; romulo.tinoco@arglass.us; Dudley, Alexander M (FTL - X27806) <Alexander.Dudley@hklaw.com>
**Cc:** eyew@gtlaw.com; Racowski, Kenneth (PHL - X49580) <Kenneth.Racowski@hklaw.com>; Quinto, Romeo S (CHI - X65802) <Romeo.Quinto@hklaw.com>
**Subject:** RE: Report

*[External email]*

Caitlin,

By way of update, our vendor is still trying to work through whether it can run the participant report you requested and the cost thereof. On the latter, we are now incurring project management fees to deal with your requests, which we expect API to reimburse us for. Further, API's continuing refusal to modify the keywords and demand that we instead run this complex reports is causing undue delay. We are not responsible for any delays given API's refusal to modify the keywords. Through this email, I ask – again – that you please modify the keywords so they are more narrowly tailored and result in less false positives.

Steven

**From:** Rosenwasser, Steven J. (Shld-ATL-LT)
**Sent:** Saturday, April 6, 2024 5:35 AM
**To:** 'Caitlin.Saladrigas@hklaw.com' <Caitlin.Saladrigas@hklaw.com>; romulo.tinoco@arglass.us; Alexander.Dudley@hklaw.com
**Cc:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>; Kenneth.Racowski@hklaw.com; Romeo.Quinto@hklaw.com
**Subject:** RE: Report

Caitlin,

Thank you for sending this along. A few thoughts.

First, the information you are seeking is moving from document requests into more traditional discovery that is not covered by the Subpoena. Indeed, who the custodians communicated with and how frequently is something akin to an interrogatory (as opposed to a document request). While we are open to considering going down this path some, we need to stay within the bounds of the

Subpoena and Rule 45. We are not waiving, and expressly preserve, all objections to this request as being outside the scope of the Subpoena.

Second, without waiving our position, I have forwarded this along to our e-discovery vendor to see (1) if it is something they can do and (2) if so, the cost. On the latter, given that API continues to refuse to agree to pay any of Darling's costs, it is unfair for API to continue to demand that Darling take actions that include hard out-of-pocket costs. Indeed, each time we run a report or take other action, we are having to pay an outside vendor. API cannot continue to impose costs on us. Once I get an answer from the vendor on whether this is possible and the cost thereof, I will let you know.

Third, I have done some sampling of the documents "hit" by the keywords and I want to strongly reiterate that the keywords you used are too broad and result in too many false positives. I do not believe that the participant report you propose (assuming it can be done) will resolve the issue. As we have stated from the outset, your keywords are simply too broad and need to be narrowed. If API does not want to modify the keywords, it is proceeding at its own risk. We will not be prejudiced by API's continuing refusal to modify keywords. Thus, among other things, Darling is not going to be forced into a position where it has to review a large number of documents in a short period of time because so much time has been wasted working on proposed solutions that will not work. API needs to modify the keywords and do so now so that it we are unfairly put into a time crunch.

Finally, on the transactional data, I understand that Darling's in-house counsel received some exemplars late Friday. My hope is to get them to you Monday or Tuesday after we have reviewed their contents.

Thanks,

Steven

---

**From:** Caitlin.Saladrigas@hklaw.com <Caitlin.Saladrigas@hklaw.com>
**Sent:** Friday, April 5, 2024 4:21 PM
**To:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>; romulo.tinoco@arglass.us; Alexander.Dudley@hklaw.com
**Cc:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>; Kenneth.Racowski@hklaw.com; Romeo.Quinto@hklaw.com
**Subject:** RE: Report

**\*EXTERNAL TO GT\***

Steven,

As I mentioned in my email earlier today, I spoke to an internal project manager here at HK. He gave me point-by-point instructions for how a participant report is to be created. I've attached them to my email. Can you please pass this on to your vendor and see if they can run the report? What you sent is not what I'm looking for. A participant report is more individualized and will identify on a custodian by custodian basis the individuals with which that custodian was corresponding and the

frequency with which they corresponded in the collected documents by total volume.

As indicated in the attached, if you or your vendor thinks a call would facilitate this process, let me know and Paul can direct your vendor (with counsel present) on how to run this.

Appreciate your efforts.

Thanks,
Caitlin

**Caitlin Saladrigas | Holland & Knight**
Partner
Holland & Knight LLP
777 South Flagler Drive, Suite 1900, West Tower | West Palm Beach, Florida 33401
Phone 561.650.8349 | Fax 561.650.8399
caitlin.saladrigas@hklaw.com | www.hklaw.com

Add to address book | View professional biography

**From:** Steven.Rosenwasser@gtlaw.com <Steven.Rosenwasser@gtlaw.com>
**Sent:** Friday, April 5, 2024 10:00 AM
**To:** Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>; romulo.tinoco@arglass.us; Dudley, Alexander M (FTL - X27806) <Alexander.Dudley@hklaw.com>
**Cc:** eyew@gtlaw.com
**Subject:** Report

*[External email]*
Caitlin,

Here is the report I received, but I'm not sure if this is what you're looking for. If not, can you please send me an exemplar?

Steven

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.

NOTE: This e-mail is from a law firm, Holland & Knight LLP ("H&K"), and is intended solely for the use of the individual(s) to whom it is addressed. If you believe you received this e-mail in error, please notify the sender immediately, delete the e-mail from your computer and do not copy or disclose it to anyone else. If you are not an existing client of H&K, do not construe anything in this e-mail to make you a client unless it contains a specific statement to that effect and do not disclose anything to H&K in reply that you expect it to hold in confidence. If you properly received this e-mail as a client, co-counsel or retained expert of H&K, you should maintain its contents in confidence in order to preserve the attorney-client or work product privilege that may be available to protect confidentiality.