# EXHIBIT 12



Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX  75038

## INVOICE

Re:   AMPRO, American Proteins, and Georgia Feed

Legal Services through July 31, 2023:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 8,701.00 |
| **Current Invoice**: | **$** | **8,701.00** |

\* \* \* \* \*

SJR:DMB
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com


GreenbergTraurig

## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 6.40 | 860.00 | | 5,504.00 |
| William E. Eye | | 4.60 | 695.00 | | 3,197.00 |
| | Totals: | 11.00 | 791.00 | $ | 8,701.00 |

\* \* \* \* \*

SJR:DMB
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 **GT** GreenbergTraurig

Invoice No. : 1000383832
File No. : 190409.010600

**Note: Payment is Due 30 Days from Date of Invoice**

*FOR YOUR CONVENIENCE,*
*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
*FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:      WELLS FARGO BANK
ABA #:

**For ACH Instructions:**
Bank:      WELLS FARGO BANK
ABA#

CREDIT TO:      GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:
PLEASE
REFERENCE:

| | |
|---|---|
| **CLIENT NAME:** | DARLING INGREDIENTS, INC. |
| **FILE NUMBER:** | **190409.010600** |
| **INVOICE NUMBER:** | **1000383832*** |
| **BILLING** | |
| **PROFESSIONAL:** | **Steven J. Rosenwasser** |

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 07/17/23 | William E. Eye | Client call regarding strategy for subpoena response. | 0.80 | 556.00 |
| 07/17/23 | Steven J. Rosenwasser | Correspondence regarding client meeting; begin research for and drafting objections to subpoena; several correspondence with Plaintiffs' counsel regarding extension. | 3.10 | 2,666.00 |
| 07/18/23 | Steven J. Rosenwasser | Continue research for and drafting objections to subpoena and correspondence to client on same. | 2.40 | 2,064.00 |
| 07/19/23 | Steven J. Rosenwasser | Review client comments on objections and make edits to objections based on same; review and edit Legal Hold letter and correspondence to client on same. | 0.60 | 516.00 |
| 07/20/23 | William E. Eye | Draft/revise objections to subpoena and confer with S. Rosenwasser regarding same. | 0.40 | 278.00 |
| 07/20/23 | Steven J. Rosenwasser | Call with J. Lamberth and correspondence to client on same. | 0.30 | 258.00 |
| 07/24/23 | William E. Eye | Draft/revise objections to subpoena. | 2.20 | 1,529.00 |
| 07/25/23 | William E. Eye | Draft/revise objections to subpoena. | 0.60 | 417.00 |
| 07/26/23 | William E. Eye | Call with client regarding litigation hold and internal process for subpoena compliance; confer with S. Rosenwasser regarding same. | 0.60 | 417.00 |

|  |  | Total Time: | 11.00 |  |
|--|--|-------------|-------|--|
|  |  | Total Fees: |  | $ 8,701.00 |

## Description of Expenses Billed:

<u>DATE</u>        <u>DESCRIPTION</u>                                          <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**



Invoice No. : 1000413503
File No.    : 190409.010600
Bill Date   : September 6, 2023

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX  75038

## INVOICE

Re:   AMPRO, American Proteins, and Georgia Feed

<u>Legal Services through August 31, 2023</u>:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 944.00 |
| **Current Invoice**: | **$** | **944.00** |

\* \* \* \* \*

SJR:DMB
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com



## Summary of Fees (Current Invoice)

| Timekeeper | Hours | Rate | | Amount |
|---|---|---|---|---|
| Steven J. Rosenwasser | 0.40 | 860.00 | | 344.00 |
| William E. Eye | 0.80 | 750.00 | | 600.00 |
| Totals: | 1.20 | 786.67 | $ | 944.00 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

### Note: Payment is Due 30 Days from Date of Invoice

**FOR YOUR CONVENIENCE,
PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

**For Wire Instructions:**
Bank:      WELLS FARGO BANK
ABA #: ▮

**For ACH Instructions:**
Bank:      WELLS FARGO BANK
ABA# ▮

CREDIT TO:    GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #: ▮

**PLEASE
REFERENCE:**

| | |
|---|---|
| **CLIENT NAME:** | DARLING INGREDIENTS, INC. |
| **FILE NUMBER:** | **190409.010600** |
| **INVOICE NUMBER:** | **1000413503\*** |
| **BILLING PROFESSIONAL:** | **Steven J. Rosenwasser** |

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 08/04/23 | William E. Eye | Review objections to third party subpoena; serve same; correspond with client regarding same. | 0.40 | 300.00 |
| 08/30/23 | William E. Eye | Review letter from opposing counsel and protective order governing treatment of confidential documents. | 0.40 | 300.00 |
| 08/30/23 | Steven J. Rosenwasser | Review conferral letter and correspondence on same; review Protective Order and correspondence to opposing counsel on same. | 0.40 | 344.00 |
| | | Total Time: | 1.20 | |
| | | Total Fees: | | $ 944.00 |

## Description of Expenses Billed:

<u>DATE</u>        <u>DESCRIPTION</u>                                                              <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**

 GreenbergTraurig

Invoice No. : 1000444763
File No.   :  190409.010600

Bill Date  :  October 5, 2023

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX  75038

## INVOICE

Re:   AMPRO, American Proteins, and Georgia Feed

Legal Services through September 30, 2023:

|  | | |
|---|---|---|
| Total Fees: | $ | 636.00 |
| **Current Invoice**: | **$** | **636.00** |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com



Invoice No.  :  1000444763
File No.  :  190409.010600

## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 0.80 | 795.00 | | 636.00 |
| | Totals: | 0.80 | 795.00 | $ | 636.00 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083


GreenbergTraurig

Invoice No. :  1000444763
File No.   :  190409.010600

***Important:*** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503.  To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note:  Payment is Due 30 Days from Date of Invoice**

> ***FOR YOUR CONVENIENCE,***
> ***PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT***
> ***FOR FEES & COSTS ARE AS FOLLOWS:***

**For Wire Instructions:**
Bank:           WELLS FARGO BANK
ABA #:          ███████

**For ACH Instructions:**
Bank:           WELLS FARGO BANK
ABA#            ███████

CREDIT TO:      GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:      ███████

PLEASE
REFERENCE:      **CLIENT NAME:**        DARLING INGREDIENTS, INC.
                **FILE NUMBER:**        **190409.010600**
                **INVOICE NUMBER:**     **1000444763***
                **BILLING**
                **PROFESSIONAL:**       **Steven J. Rosenwasser**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 09/06/23 | Steven J. Rosenwasser | Call with N. Kemphaus regarding subpoena and strategy; conferral call with API counsel. | 0.80 | 636.00 |
| | | Total Time: | 0.80 | |
| | | Total Fees: | | $ 636.00 |

Description of Expenses Billed:

DATE        DESCRIPTION                                                    AMOUNT

**No expenses charged to this file**

GreenbergTraurig

Invoice No.:   1000496485
File No.:      190409.010600

Bill Date   :   November 30, 2023

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX  75038

## INVOICE

Re:   AMPRO, American Proteins, and Georgia Feed

Legal Services through October 31, 2023:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 4,372.50 |
| **Current Invoice**: | **$** | **4,372.50** |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083



## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 5.50 | 795.00 | | 4,372.50 |
| | Totals: | 5.50 | 795.00 | $ | 4,372.50 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

### Note: Payment is Due 30 Days from Date of Invoice

> ### *FOR YOUR CONVENIENCE,*
> ### *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> ### *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:          WELLS FARGO BANK
ABA #:

**For ACH Instructions:**
Bank:          WELLS FARGO BANK
ABA#

CREDIT TO:      GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:

**PLEASE**
**REFERENCE:**   **CLIENT NAME:**      DARLING INGREDIENTS, INC.
                **FILE NUMBER:**      **190409.010600**
                **INVOICE NUMBER:**   **1000496485***
                **BILLING**
                **PROFESSIONAL:**     **Steven J. Rosenwasser**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
### Greenberg Traurig
### PO Box 936769
### ATLANTA GA 31193-6769

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/20/23 | Steven J. Rosenwasser | Review conferral letter re: subpoena; review email from client re: response; research and draft 10-page response and correspondence to client on same. | 4.30 | 3,418.50 |
| 10/23/23 | Steven J. Rosenwasser | Review client email re: response to conferral; edit conferral response based on client edits; research case law to support response; correspondence to opposing counsel. | 0.90 | 715.50 |
| 10/30/23 | Steven J. Rosenwasser | Call w/ C. Vaugh re: Claxton poultry subpoena and correspondence to client on same. | 0.30 | 238.50 |
| | | Total Time: | 5.50 | |
| | | Total Fees: | | $ 4,372.50 |

## Description of Expenses Billed:

DATE        DESCRIPTION                                                AMOUNT

**No expenses charged to this file**



Invoice No.: 1000524139
File No.: 190409.010600

Bill Date : December 14, 2023

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX 75038

## INVOICE

Re: AMPRO, American Proteins, and Georgia Feed

<u>Legal Services through November 30, 2023</u>:

|  | | |
|---|---|---|
| Total Fees: | $ | 4,046.00 |
| **Current Invoice**: | **$** | **4,046.00** |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com



## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 4.80 | 795.00 | | 3,816.00 |
| William E. Eye | | 0.40 | 575.00 | | 230.00 |
| | Totals: | 5.20 | 778.08 | $ | 4,046.00 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

 GreenbergTraurig

**Important:** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note: Payment is Due 30 Days from Date of Invoice**

**FOR YOUR CONVENIENCE,
PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
FOR FEES & COSTS ARE AS FOLLOWS:**

**For Wire Instructions:**
Bank:     WELLS FARGO BANK
ABA #:     ███████

**For ACH Instructions:**
Bank:     WELLS FARGO BANK
ABA#     ███████

CREDIT TO:     GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:     ███████

**PLEASE
REFERENCE:**

| | |
|---|---|
| **CLIENT NAME:** | DARLING INGREDIENTS, INC. |
| **FILE NUMBER:** | **190409.010600** |
| **INVOICE NUMBER:** | **1000524139*** |
| **BILLING PROFESSIONAL:** | **Steven J. Rosenwasser** |

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.
\*\*\*\*\*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 11/01/23 | William E. Eye | Review letter correspondence regarding subpoena objections. | 0.40 | 230.00 |
| 11/10/23 | Steven J. Rosenwasser | Review and respond to email from Claxton's counsel re: subpoena and correspondence to client on same; call w/ N. Kemphaus re: strategy; follow up correspondence to Claxton; draft email to API re: Claxton subpoena. | 0.40 | 318.00 |
| 11/14/23 | Steven J. Rosenwasser | Review letter from opposing counsel and attached Order; correspondence to client on same. | 0.20 | 159.00 |
| 11/15/23 | Steven J. Rosenwasser | Review conferral on subpoena and draft response to same (including research for response). | 3.90 | 3,100.50 |
| 11/16/23 | Steven J. Rosenwasser | Final review and edit of response to API conferral; correspondence to API re: purported deadline to respond. | 0.30 | 238.50 |
|  |  | Total Time: | 5.20 |  |
|  |  | Total Fees: |  | $ 4,046.00 |

## Description of Expenses Billed:

<u>DATE</u>     <u>DESCRIPTION</u>                                              <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**

 GreenbergTraurig

Invoice No.:     1000536476
File No.:        190409.010600

Bill Date    :   January 8, 2024

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX  75038

## INVOICE

Re:  AMPRO, American Proteins, and Georgia Feed

Legal Services through December 31, 2023:

| | | |
|---|---|---|
| Total Fees: | $ | 59,516.50 |
| **Current Invoice:** | **$** | **59,516.50** |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com


GT GreenbergTraurig

## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 28.70 | 795.00 | | 22,816.50 |
| Rushton Davis | | 10.00 | 450.00 | | 4,500.00 |
| William E. Eye | | 56.00 | 575.00 | | 32,200.00 |
| | Totals: | 94.70 | 628.47 | $ | 59,516.50 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

### Note: Payment is Due 30 Days from Date of Invoice

> **FOR YOUR CONVENIENCE,**
> **PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT**
> **FOR FEES & COSTS ARE AS FOLLOWS:**

**For Wire Instructions:**
Bank:      WELLS FARGO BANK
ABA #:

**For ACH Instructions:**
Bank:      WELLS FARGO BANK
ABA#

CREDIT TO:      GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:      **CLIENT NAME:**      DARLING INGREDIENTS, INC.
                   **FILE NUMBER:**      190409.010600
                   **INVOICE NUMBER:**    1000536476*
                   **BILLING**
                   **PROFESSIONAL:**    **Steven J. Rosenwasser**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.
\*\*\*\*\*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 12/08/23 | William E. Eye | Research █ ███ review docket for third party subpoena motions practice; research ███ | 5.10 | 2,932.50 |
| 12/08/23 | Steven J. Rosenwasser | Review email to Court regarding dispute; research on ███ ███ draft letter to Court raising jurisdictional issues; correspondence to client regarding ███ ███; review filings against Pilgrim; research ███ ███ correspondence to ███ | 3.10 | 2,464.50 |
| 12/11/23 | William E. Eye | Research Judge Story cases on ███ ███and summarize findings in email to S. Rosenwasser; call with S. Rosenwasser regarding same. | 2.90 | 1,667.50 |
| 12/11/23 | Steven J. Rosenwasser | Review W. Eye memo on ███ ███ addressing non-party subpoenas; correspondence to client regarding ███ ███ review J. Story order on motion to compel; correspondence with court and opposing counsel regarding briefing schedule; begin research case law and precedent for standards governing each objection. | 1.30 | 1,033.50 |
| 12/12/23 | Rushton Davis | Telephonic conference with W.Eye discussing research issue in preparation for drafting response in opposition to motion to compel | 0.30 | 135.00 |
| 12/12/23 | William E. Eye | Review Plaintiffs' motion to compel compliance with subpoena and strategize regarding response to same; confer with S. Rosenwasser regarding same; draft/revise opposition to motion to compel; prepare for and attend meeting with client regarding third-party subpoena. | 4.00 | 2,300.00 |
| 12/12/23 | Steven J. Rosenwasser | Review motion to compel filed by API; correspondence to API regarding briefing schedule; call w/client regarding strategy and next steps. | 3.60 | 2,862.00 |
| 12/13/23 | Rushton Davis | Research into ███ ███ | 2.00 | 900.00 |
| 12/13/23 | William E. Eye | Review Plaintiffs' motion to compel compliance with subpoena and strategize regarding response to same; confer with S. Rosenwasser regarding same; draft/revise opposition to motion to compel; email correspondence with client regarding affidavits | 6.50 | 3,737.50 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | in support of opposition to motion to compel; review conferral correspondence to identify support for argument that ▮▮▮▮ | | |
| 12/13/23 | Steven J. Rosenwasser | Continue research for and drafting opposition to motion to compel; correspondence regarding briefing schedule for motion to compel. | 7.30 | 5,803.50 |
| 12/14/23 | Rushton Davis | Researching case law to support arguments that ▮▮▮▮ | 1.90 | 855.00 |
| 12/14/23 | Rushton Davis | Researching whether ▮▮▮▮ | 0.80 | 360.00 |
| 12/14/23 | Rushton Davis | Research into ▮▮▮▮ | 5.00 | 2,250.00 |
| 12/14/23 | William E. Eye | Draft/revise opposition to motion to compel; draft/revise emergency motion for extension of time and file same; review subpoena requests in anticipation of custodial interviews and drafting affidavits to support motion to compel. | 7.70 | 4,427.50 |
| 12/14/23 | Steven J. Rosenwasser | Draft emergency motion for extension of time and email on same; review edits to same; attend to filing same and correspondence to court on same; continue research for and drafting opposition to motion to compel. | 6.40 | 5,088.00 |
| 12/15/23 | William E. Eye | Draft/revise opposition to motion to compel; prepare for and attend interview with client for affidavits in support of opposition to motion to compel; draft/revise affidavit in support of opposition to motion to compel. | 3.50 | 2,012.50 |
| 12/15/23 | Steven J. Rosenwasser | Continue research for and drafting opposition to motion to compel; review Order on extension. | 1.70 | 1,351.50 |
| 12/18/23 | William E. Eye | Draft/revise opposition to motion to compel; prepare for and attend interviews with client for affidavits in support of opposition to motion to compel; draft/revise affidavits in support of opposition to motion to compel; review responsive pleadings from other subpoenaed non-parties and confer with S. Rosenwasser regarding same. | 9.40 | 5,405.00 |
| 12/18/23 | Steven J. Rosenwasser | Call with Eye regarding strategy and edits for briefs and information for Affidavits; correspondence on same; review Pilgrim Pride's response to motion to compel. | 0.80 | 636.00 |
| 12/19/23 | William E. Eye | Draft/revise opposition to motion to compel; draft/revise affidavits from B. Lairmore and J. Holder in support of opposition to motion to compel; confer with S. Rosenwasser regarding same; incorporate edits from S. Rosenwasser into draft affidavits. | 8.70 | 5,002.50 |

Description of Professional Services Rendered

| 12/19/23 | Steven J. Rosenwasser | Continue working on opposition motion, particularly editing and cutting same; review and edit Lairmore affidavit; review and edit IT affidavit. | 4.40 | 3,498.00 |
|----------|----------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|----------|
| 12/20/23 | William E. Eye | Draft/revise opposition to motion to compel; draft/revise affidavits from B. Lairmore and J. Holder in support of opposition to motion to compel; confer with S. Rosenwasser regarding same; incorporate edits from S. Rosenwasser into draft affidavits; send draft affidavits to client. | 4.00 | 2,300.00 |
| 12/21/23 | William E. Eye | Draft/revise opposition to motion to compel (incorporate cite check edits, finalize tables of contents and authorities, and review for stylistic and typographical edits) for circulation to client. | 2.40 | 1,380.00 |
| 12/22/23 | William E. Eye | Draft/revise opposition to motion to compel (incorporate cite check edits, finalize tables of contents and authorities, and review for stylistic and typographical edits) for circulation to client. | 1.80 | 1,035.00 |
| 12/29/23 | Steven J. Rosenwasser | Initial review of API reply regarding motion to compel to Pilgrim. | 0.10 | 79.50 |

|  |  | Total Time: | 94.70 |  |
|--|--|-------------|-------|--|
|  |  | Total Fees: |  | $ 59,516.50 |

## Description of Expenses Billed:

DATE     DESCRIPTION                                              AMOUNT

**No expenses charged to this file**



Invoice No.: 1000561538
File No.: 190409.010600

Bill Date : February 6, 2024

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX 75038

## INVOICE

Re: AMPRO, American Proteins, and Georgia Feed

Legal Services through January 31, 2024:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 19,950.00 |
| **Current Invoice:** | **$** | **19,950.00** |
|  |  |  |
| Previous Balance (see attached statement): | $ | 59,516.50 |
| **Total Amount Due:** | **$** | **79,466.50** |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com



## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 16.50 | 795.00 | | 13,117.50 |
| Rushton Davis | | 1.10 | 470.00 | | 517.00 |
| William E. Eye | | 10.60 | 575.00 | | 6,095.00 |
| Imiri David | | 0.70 | 315.00 | | 220.50 |
| | Totals: | 28.90 | 690.31 | $ | 19,950.00 |

* * * * *

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 **GT** GreenbergTraurig

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

Note: **Payment is Due 30 Days from Date of Invoice**

> *FOR YOUR CONVENIENCE,*
> *PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
> *FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:          WELLS FARGO BANK
ABA #: ▮

**For ACH Instructions:**
Bank:          WELLS FARGO BANK
ABA# ▮

CREDIT TO:       GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #: ▮
**PLEASE**
**REFERENCE:**    **CLIENT NAME:**      DARLING INGREDIENTS, INC.
                      **FILE NUMBER:**       190409.010600
                      **INVOICE NUMBER:**  1000561538*
                      **BILLING**
                      **PROFESSIONAL:**   **Steven J. Rosenwasser**
IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:
**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

\*\*\*\*\*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

## Account Statement

| Date | Invoice # | Fees Due | Expenses Due | Other Due | Total Due |
|------|-----------|----------|--------------|-----------|-----------|
| 01/08/24 | 1000536476 | 59,516.50 | 0.00 | 0.00 | 59,516.50 |
| | Totals: $ | 59,516.50 | $   0.00 | $   0.00 | $  59,516.50 |

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 01/02/24 | Steven J. Rosenwasser | Final review of opposition to motion to compel; final review of Lairmore and Holder Affidavits. | 0.40 | 318.00 |
| 01/08/24 | William E. Eye | Review response brief of third party PetCare; draft/revise motion to quash subpoena. | 0.30 | 172.50 |
| 01/08/24 | Steven J. Rosenwasser | Call with W. Eye regarding strategy to address filings from other third parties; review PetCare opposition to motion to quash and correspondence on same. | 0.30 | 238.50 |
| 01/11/24 | William E. Eye | Review client edits to affidavits and brief in support of motion to quash. | 1.40 | 805.00 |
| 01/11/24 | Steven J. Rosenwasser | Review client edits to opposition brief and confer with W. Eye on same; final edits to opposition. | 0.50 | 397.50 |
| 01/12/24 | Imiri David | Filed motions to quash and dismiss with Northern District of Georgia | 0.70 | 220.50 |
| 01/12/24 | William E. Eye | Finalize brief in support of motion to quash; draft cover motion to quash and for protective order; file same. | 2.30 | 1,322.50 |
| 01/12/24 | Steven J. Rosenwasser | Draft section of opposition regarding other motions to compel against non-parties and confer on strategy for filing date. | 0.20 | 159.00 |
| 01/30/24 | Rushton Davis | Analyzing case law to determine whether | 1.10 | 517.00 |
| 01/30/24 | William E. Eye | Review API's reply in support of motion to compel and opposition to motion to quash; strategize response to same; email S. Rosenwasser regarding same; draft reply in support of motion to quash; research caselaw in support of same. | 5.50 | 3,162.50 |
| 01/30/24 | Steven J. Rosenwasser | Review all pleadings filed by API; correspondence to client on same; research for reply brief; begin drafting reply brief. | 7.90 | 6,280.50 |
| 01/31/24 | William E. Eye | Draft reply in support of motion to quash and research cases in support of same. | 1.10 | 632.50 |
| 01/31/24 | Steven J. Rosenwasser | Continue research for and drafting reply in support of motion to quash. | 7.20 | 5,724.00 |

|  |  | Total Time: | 28.90 |  |
|--|--|-------------|-------|--|
|  |  | Total Fees: |  | $ 19,950.00 |

Description of Expenses Billed:

DATE        DESCRIPTION                                                 AMOUNT

**No expenses charged to this file**

 GreenbergTraurig

Invoice No.: 1000586958
File No.: 190409.010600

Bill Date : March 5, 2024

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX 75038

## INVOICE

Re: AMPRO, American Proteins, and Georgia Feed

Legal Services through February 29, 2024:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 11,849.50 |
| **Current Invoice:** | **$** | **11,849.50** |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 7.60 | 795.00 | | 6,042.00 |
| William E. Eye | | 10.10 | 575.00 | | 5,807.50 |
| | Totals: | 17.70 | 669.46 | $ | 11,849.50 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

Note: **Payment is Due 30 Days from Date of Invoice**

*FOR YOUR CONVENIENCE,*
*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
*FOR FEES & COSTS ARE AS FOLLOWS:*

**For Wire Instructions:**
Bank:                    WELLS FARGO BANK
ABA #:

**For ACH Instructions:**
Bank:                    WELLS FARGO BANK
ABA#

CREDIT TO:          GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:
**PLEASE**
**REFERENCE:**       **CLIENT NAME:**        DARLING INGREDIENTS, INC.
                    **FILE NUMBER:**        190409.010600
                    **INVOICE NUMBER:**     1000586958*
                    **BILLING**
                    **PROFESSIONAL:**       **Steven J. Rosenwasser**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

\*\*\*\*\*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 02/01/24 | William E. Eye | Draft/revise reply in support of motion to quash. | 6.20 | 3,565.00 |
| 02/01/24 | Steven J. Rosenwasser | Continue research for and drafting reply brief; work to cut brief to page limits; correspondence to client regarding brief. | 2.60 | 2,067.00 |
| 02/02/24 | William E. Eye | Draft/revise reply in support of motion to quash and prepare same for filing. | 2.80 | 1,610.00 |
| 02/02/24 | Steven J. Rosenwasser | Incorporate client edits into reply brief; research ▇▇▇▇ and integrate into reply brief; review and cut reply brief and finalize for filing; correspondence with client on same. | 2.30 | 1,828.50 |
| 02/22/24 | William E. Eye | Review court orders on motions to compel compliance with non-party subpoenas. | 0.50 | 287.50 |
| 02/22/24 | Steven J. Rosenwasser | Review Court Order on Pilgrims and correspondence to client on same; review Order on Darling and correspondence on same. | 0.30 | 238.50 |
| 02/23/24 | William E. Eye | Review court order on motion to quash and to compel compliance with non-party subpoena; email correspondence with opposing counsel. | 0.60 | 345.00 |
| 02/23/24 | Steven J. Rosenwasser | Review and edit protective order; review past correspondence on narrowing requests to prepare for conferral; carefully review court order and draft extensive conferral email on narrowing requests, modifications to the protective order, and cost sharing; correspondence with client regarding strategy for conferral and next steps. | 1.60 | 1,272.00 |
| 02/28/24 | Steven J. Rosenwasser | Call with M. Hamm regarding strategy for responding to subpoena; correspondence to API's counsel regarding conferral; correspondence with DISCO; review subpoena; correspondence with Pilgrim's Pride counsel. | 0.80 | 636.00 |

|  |  | Total Time: | 17.70 |  |
|  |  | Total Fees: |  | $ 11,849.50 |

Description of Expenses Billed:

DATE       DESCRIPTION                                                  AMOUNT

**No expenses charged to this file**



Invoice No.:   1000618991
File No.:     190409.010600

Bill Date   :  April 5, 2024

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX  75038

## INVOICE

Re:  AMPRO, American Proteins, and Georgia Feed

<u>Legal Services through March 31, 2024</u>:

| | | |
|---|---|---|
| Total Fees: | $ | 12,142.00 |
| **Current Invoice**: | **$** | **12,142.00** |

\* \* \* \* \*

SJR:DMB
Tax ID:  13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com



## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 11.90 | 795.00 | | 9,460.50 |
| Rushton Davis | | 0.20 | 470.00 | | 94.00 |
| William E. Eye | | 4.50 | 575.00 | | 2,587.50 |
| | Totals: | 16.60 | 731.45 | $ | 12,142.00 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

 GreenbergTraurig

**Important:** If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note: Payment is Due 30 Days from Date of Invoice**

> **FOR YOUR CONVENIENCE,**
> **PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT**
> **FOR FEES & COSTS ARE AS FOLLOWS:**

**For Wire Instructions:**
Bank:               WELLS FARGO BANK
ABA #:

**For ACH Instructions:**
Bank:               WELLS FARGO BANK
ABA#

CREDIT TO:          GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:
PLEASE
REFERENCE:          **CLIENT NAME:**        DARLING INGREDIENTS, INC.
                    **FILE NUMBER:**        190409.010600
                    **INVOICE NUMBER:**     1000618991*
                    **BILLING**
                    **PROFESSIONAL:**       Steven J. Rosenwasser

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

\*\*\*\*\*

SJR:DMB
Tax ID: 13-3613083

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 03/01/24 | Steven J. Rosenwasser | Call w/Pilgrim's Pride counsel regarding protective order and other issues relating to subpoena. | 0.30 | 238.50 |
| 03/04/24 | William E. Eye | Review revised subpoena requests from plaintiff; review proposed modifications to protective order. | 0.80 | 460.00 |
| 03/04/24 | Steven J. Rosenwasser | Review proposed narrowing of requests and draft email to client on same. | 0.50 | 397.50 |
| 03/05/24 | Steven J. Rosenwasser | Call with M. Hamm regarding responding to subpoena. | 1.10 | 874.50 |
| 03/06/24 | William E. Eye | Prepare for and attend conferral with S. Rosenwasser and API. | 1.40 | 805.00 |
| 03/06/24 | Steven J. Rosenwasser | Conferral call with API counsel regarding subpoena response; draft follow up confirming call. | 1.90 | 1,510.50 |
| 03/07/24 | William E. Eye | Email correspondence concerning conferral with API regarding scope of subpoena's document requests. | 0.30 | 172.50 |
| 03/07/24 | Steven J. Rosenwasser | Review client email regarding status of collection; correspondence to opposing counsel regarding Valley Proteins. | 0.10 | 79.50 |
| 03/13/24 | Steven J. Rosenwasser | Review API's proposed edits to protective order; correspondence with client regarding same; make new edits to revised order; correspondence to Pilgrim's Pride's counsel. | 0.60 | 477.00 |
| 03/14/24 | Rushton Davis | Reviewing email correspondence constituting meet and conferral to strategize compliance and altering of subpoena document requests | 0.20 | 94.00 |
| 03/14/24 | William E. Eye | Email correspondence concerning conferral with API regarding scope of subpoena's document requests; prepare for and attend call with third parties regarding scope of protective order. | 1.00 | 575.00 |
| 03/14/24 | Steven J. Rosenwasser | Review API's response to conferral and review subpoena in connection with same; draft lengthy response to API regarding compromise; draft email to client regarding needs for subpoena and next steps; call with Pilgrim and Mars; correspondence to client regarding Protective Order. | 1.80 | 1,431.00 |
| 03/15/24 | Steven J. Rosenwasser | Email with Pilgrim's and Mar's counsel regarding protective order; review and edit proposed joint motion relating to conferrals and conferral status and correspondence to client on same; review Mars' proposed edits to protective order. | 0.70 | 556.50 |
| 03/18/24 | Steven J. Rosenwasser | Correspondence to Pilgrim regarding protective | 0.20 | 159.00 |

Description of Professional Services Rendered

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| | | order; correspondence with client regarding status; review proposed consent Order. | | |
| 03/19/24 | Steven J. Rosenwasser | Review and respond to lengthy conferral from API relating to subpoena; correspondence with client regarding needs for subpoena. | 0.80 | 636.00 |
| 03/20/24 | Steven J. Rosenwasser | Review Pilgrim Pride edits to protective order; consolidate Darling, Pilgrim Pride and Mars protective order edits and send to API; call with M. Hamm regarding status and questions from API. | 0.90 | 715.50 |
| 03/21/24 | William E. Eye | Prepare for and attend conferral with counsel for API regarding subpoena requests. | 0.40 | 230.00 |
| 03/21/24 | Steven J. Rosenwasser | Draft and send email to API with new information regarding production of data and documents; prepare for and participate in conferral call. | 0.50 | 397.50 |
| 03/22/24 | William E. Eye | Email correspondence with other third party subpoena recipients regarding proposed edits to amended protective order; review API's proposed edits to amended protective order. | 0.60 | 345.00 |
| 03/22/24 | Steven J. Rosenwasser | Review proposed edits to Protective Order; provide new proposed edits to same; correspondence to API; correspondence to client; review and respond to client email. | 0.40 | 318.00 |
| 03/26/24 | Steven J. Rosenwasser | Review and respond to email from API regarding protective order; correspondence with client and DISCO regarding ESI. | 0.20 | 159.00 |
| 03/27/24 | Steven J. Rosenwasser | Correspondence with API's counsel regarding call; call with API regarding protective order; correspondence with DISCO regarding ingestion; correspondence with DISCO regarding keywords; correspondence to client regarding outstanding data needs. | 0.90 | 715.50 |
| 03/29/24 | Steven J. Rosenwasser | Review conferral from API; compare API's position to last conferral; draft extensive conferral outlining all agreement and open issues; correspondence with client on same. | 0.60 | 477.00 |
| 03/30/24 | Steven J. Rosenwasser | Review client update regarding data/ correspondence to opposing counsel regarding data availability; review and edit protective order an correspondence to client on same. | 0.40 | 318.00 |

|  | Total Time: | 16.60 | |
|  | Total Fees: | | $ 12,142.00 |

## Description of Expenses Billed:

<u>DATE</u>     <u>DESCRIPTION</u>                                              <u>AMOUNT</u>

**<u>No expenses charged to this file</u>**

**GT** GreenbergTraurig

Invoice No.:  1000660532
File No.:  190409.010600

Bill Date  :  May 10, 2024

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX 75038

## INVOICE

Re: AMPRO, American Proteins, and Georgia Feed

Legal Services through April 30, 2024:

|  |  |  |
|---|---|---|
| Total Fees: | $ | 23,747.40 |

Expenses:

| | | | |
|---|---|---|---|
| Professional & Legal | 62.50 | | |
| Information and Research | 106.67 | | |
| | Total Expenses: | $ | 169.17 |
| | **Current Invoice:** | **$** | **23,916.57** |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 11.60 | 795.00 | | 9,222.00 |
| Rushton Davis | | 0.80 | 423.00 | | 338.40 |
| William E. Eye | | 16.20 | 575.00 | | 9,315.00 |
| Colyer F. Montgomery | | 8.80 | 495.00 | | 4,356.00 |
| Craig L. Williams | | 2.40 | 215.00 | | 516.00 |
| | Totals: | 39.80 | 596.67 | $ | 23,747.40 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

**Note: Payment is Due 30 Days from Date of Invoice**

---

*FOR YOUR CONVENIENCE,*
*PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT*
*FOR FEES & COSTS ARE AS FOLLOWS:*

---

**For Wire Instructions:**
Bank:               WELLS FARGO BANK
ABA #:              ▮

**For ACH Instructions:**
Bank:               WELLS FARGO BANK
ABA#                ▮

CREDIT TO:          GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:          ▮
PLEASE
REFERENCE:          **CLIENT NAME:**      DARLING INGREDIENTS, INC.
                    **FILE NUMBER:**      **190409.010600**
                    **INVOICE NUMBER:**   **1000660532***
                    **BILLING**
                    **PROFESSIONAL:**     **Steven J. Rosenwasser**

IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig**
**PO Box 936769**
**ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

\*\*\*\*\*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 04/01/24 | Steven J. Rosenwasser | Review and respond to Mars email re: protective order. | 0.10 | 79.50 |
| 04/02/24 | William E. Eye | Prepare for and attend conferral with counsel for API regarding subpoena requests. | 0.20 | 115.00 |
| 04/02/24 | Steven J. Rosenwasser | Review and respond to Pilgrim' Pride email re: protective order; finalize keyword hit report and review same; correspondence w/ API's counsel re: keyword hit report; review and respond to follow up emails from Pilgrim's re: protective order. | 0.60 | 477.00 |
| 04/03/24 | William E. Eye | Email correspondence regarding negotiations over protective order with other subpoenaed third parties. | 0.30 | 172.50 |
| 04/03/24 | Steven J. Rosenwasser | Review and respond to Pilgrims Pride's email re: production; make additional edits to Paragraph 7(c) and correspondence on same; review and respond to API email re: wholesale production and search DISCO for examples of false positives; call w/ Pilgrim's counsel; review M. Hamm edits to Protective Order and email to API on same; review and respond to follow up email from API; correspondence re: depositions. | 1.60 | 1,272.00 |
| 04/04/24 | Steven J. Rosenwasser | Correspondence to API re: report to the court; search folder with keywords for examples of irrelevant documents for conferral and court; numerous emails with API's counsel re: keywords and status report; correspondence w/ DISCO re: participant reports; review and edit status report to the Court; call w/ Tyson's counsel re: protective order. | 1.40 | 1,113.00 |
| 04/05/24 | William E. Eye | Email correspondence regarding negotiations over protective order and hit reports for subpoena requests. | 0.20 | 115.00 |
| 04/06/24 | Steven J. Rosenwasser | Review and respond to API email re: participant reports; correspondence to DISCO re: participant reports; correspondence to client re: exemplar reports. | 0.30 | 238.50 |
| 04/08/24 | Steven J. Rosenwasser | Call w/ M. Hamm re: ▮▮▮▮▮▮▮; draft email to API re: data; correspondence w/ DISCO re: participant report. | 0.70 | 556.50 |
| 04/11/24 | Steven J. Rosenwasser | Review and respond to M. Hamm email re: ▮▮▮▮▮ | 0.10 | 79.50 |
| 04/12/24 | Steven J. Rosenwasser | Call w/ M. Hamm re ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ steps; call w/ Tyson's counsel re: protective order. | 0.90 | 715.50 |
| 04/15/24 | William E. Eye | Email correspondence regarding negotiation | 0.30 | 172.50 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | over search terms and production of transactional data. | | |
| 04/15/24 | Steven J. Rosenwasser | Review and respond to conferral re: ESI ; email re: new hit reports; run a sample "hit" reports for use in conferral email and review docs from same; correspondence with client on status; conferral with API re: protective order; review Tyson's proposed edits to protective order; correspondence w/ client and non-parties on same; edits to Tyson's "Clean" protective order; review and edit joint status motion to court; correspondence with non-parties re: exceptions to protective order. | 1.90 | 1,510.50 |
| 04/15/24 | Craig L. Williams | Review new keyword report and prepare for operational fulfillment, requested by Steven Rosenwasser. | 0.30 | 64.50 |
| 04/16/24 | William E. Eye | Email correspondence regarding negotiation over search terms. | 0.40 | 230.00 |
| 04/16/24 | Steven J. Rosenwasser | Review new "hit" report; perform sampling of keywords to identify which terms are driving false positives; correspondence w/ opposing counsel to confer on modifying terms based on sampling. | 0.90 | 715.50 |
| 04/17/24 | William E. Eye | Email correspondence regarding edits to protective order. | 0.10 | 57.50 |
| 04/17/24 | Steven J. Rosenwasser | Correspondence w/ Pilgrim's and Mars' counsel re: protective order. | 0.10 | 79.50 |
| 04/18/24 | William E. Eye | Email correspondence regarding negotiations over protective order and hit reports for subpoena requests; correspondence regarding hit report and document review protocol; create document review protocol for review team. | 0.50 | 287.50 |
| 04/18/24 | Steven J. Rosenwasser | Review and respond to API email re: keywords; correspondence with client re: update; correspondence w/ API re: final terms; attend to internal logistics for production; call w/ W. Eye to discuss tagging and confidentiality protocol; correspondence to API re: blanket confidentiality designations. | 0.80 | 636.00 |
| 04/18/24 | Craig L. Williams | Review and QC document search terms and results, requested by Steven Rosenwasser. | 0.30 | 64.50 |
| 04/19/24 | William E. Eye | Email correspondence with review team regarding document review instructions; confer internally regarding review parameters; call with S. Rosenwasser regarding proposed edits to protective order. | 1.30 | 747.50 |
| 04/19/24 | Steven J. Rosenwasser | Review Mars' proposed edits to protective order and respond to same; call w/ Eye re: J. Story's likely response to protective order change. | 0.30 | 238.50 |
| 04/19/24 | Craig L. Williams | Review highlighted terms, inclusion tags and batches and prepare for operational fulfillment, requested by Will Eye. | 0.30 | 64.50 |

Description of Professional Services Rendered

| 04/20/24 | Steven J. Rosenwasser | Call with client re strategy for doc review. | 0.20 | 159.00 |
|---|---|---|---|---|
| 04/21/24 | William E. Eye | Set up review space and review subpoena requests in advance of document review team kickoff meeting. | 0.20 | 115.00 |
| 04/22/24 | Rushton Davis | Conducting email correspondence requesting additional tags to be added to DISCO workspace in preparation for conducting document review for privilege, confidentiality, and responsiveness to respond to non-party subpoena | 0.10 | 42.30 |
| 04/22/24 | Rushton Davis | Attending zoom conference with Team to strategize upcoming document review for privilege, confidentiality, and responsiveness | 0.40 | 169.20 |
| 04/22/24 | William E. Eye | Prepare for and lead document review kickoff meeting. | 0.80 | 460.00 |
| 04/22/24 | Colyer F. Montgomery | Analyze and review subpoena for business records for tagging documents for production; confer with Attorney W. Eye, S. Rosenwasser, and R. Pope to develop discovery and production strategy | 0.80 | 396.00 |
| 04/22/24 | Steven J. Rosenwasser | Group call re: protocol for doc review. | 0.40 | 318.00 |
| 04/22/24 | Craig L. Williams | Conference call with Colyer Montgomery to discuss document review workflow and coding. | 0.60 | 129.00 |
| 04/22/24 | Craig L. Williams | Review document review stage and QC search results in preparation for case team review, requested by Will Eye. | 0.30 | 64.50 |
| 04/23/24 | William E. Eye | Review documents in connection with Subpoena request. | 0.40 | 230.00 |
| 04/23/24 | Colyer F. Montgomery | Begin document review and tagging documents for responsiveness and privilege | 0.30 | 148.50 |
| 04/23/24 | Steven J. Rosenwasser | Correspondence to Tyson and API re: protective order. | 0.10 | 79.50 |
| 04/23/24 | Craig L. Williams | Add requested tags to document review panel, requested by Will Eye. | 0.20 | 43.00 |
| 04/23/24 | Craig L. Williams | Add requested tags to document review panel, requested by Colyer Montgomery. | 0.20 | 43.00 |
| 04/24/24 | William E. Eye | Review documents in connection with Subpoena request; email conferral with plaintiff's counsel regarding scope of hit report and search terms. | 3.30 | 1,897.50 |
| 04/24/24 | Colyer F. Montgomery | Continue review, analysis, and tagging of Batch 1 documents | 1.80 | 891.00 |
| 04/24/24 | Steven J. Rosenwasser | Review and respond to API email re: keywords; call w/ Tyson's counsel. | 0.30 | 238.50 |
| 04/25/24 | William E. Eye | Review documents in connection with Subpoena request; email conferral with plaintiff's counsel regarding scope of hit report and search terms. | 3.40 | 1,955.00 |
| 04/25/24 | Colyer F. Montgomery | Continue and finalize review, analysis, and tagging of Batch 1 documents | 1.20 | 594.00 |
| 04/25/24 | Colyer F. Montgomery | Begin second batch of reviewing, analyzing, and tagging documents. | 0.60 | 297.00 |
| 04/25/24 | Steven J. Rosenwasser | Review Tyson proposed edit to protective order | 0.10 | 79.50 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| | | and correspondence on same. | | |
| 04/25/24 | Craig L. Williams | Add redaction tool to document review panel for case team review, requested by Will Eye. | 0.20 | 43.00 |
| 04/26/24 | William E. Eye | Review documents in connection with Subpoena request; email conferral with plaintiff's counsel regarding scope of hit report and search terms. | 2.00 | 1,150.00 |
| 04/27/24 | Colyer F. Montgomery | Continue to review, analyze, and tag Batch 2 of documents | 0.20 | 99.00 |
| 04/28/24 | Colyer F. Montgomery | Continue to analyze, review, and tag documents in Batch 2 for responsiveness and privilege | 1.00 | 495.00 |
| 04/29/24 | William E. Eye | Review documents in connection with Subpoena request; correspond with S. Rosenwasser regarding ▮▮▮▮▮▮ review docket for expert disclosures. | 1.20 | 690.00 |
| 04/29/24 | Colyer F. Montgomery | Finalize analysis, review, and tagging of documents in Batch 2 for responsiveness and privilege | 1.80 | 891.00 |
| 04/29/24 | Steven J. Rosenwasser | Review document from Eye and correspondence to client on same; confer with Eye on process for review; review and provide proposed edits to fourth consent motion to the court; review email from API re: keyword searches and joint motion and edits to joint motion. | 0.40 | 318.00 |
| 04/30/24 | Rushton Davis | Attending Zoom conference strategizing conducting remainder of document review in response to nonparty subpoena | 0.30 | 126.90 |
| 04/30/24 | William E. Eye | Review documents in connection with Subpoena request; correspond with S. Rosenwasser regarding ▮▮▮▮▮▮ | 1.60 | 920.00 |
| 04/30/24 | Colyer F. Montgomery | Begin analysis, review, and tagging of documents in Batch 3 for responsiveness and privilege | 1.10 | 544.50 |
| 04/30/24 | Steven J. Rosenwasser | Review emails from Tyson and API re: protective order; correspondence w/ client re: ▮▮▮▮▮▮; conduct targeted search to address two new keywords. | 0.40 | 318.00 |

Total Time:   39.80
Total Fees:      $ 23,747.40

## Description of Expenses Billed:

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 12/08/23 | Cancellation of PACER Research Charges for December 2023 | $ | -6.40 |
| 12/08/23 | PACER Research Charges for December 2023 | $ | 22.00 |
| 02/01/24 | VENDOR: LexisNexis - ACH INVOICE#: 3094974323 DATE: 2/29/2024 Lexis Charges: Period Feb 1 - Feb 31 2024 | $ | 36.43 |
| 02/02/24 | VENDOR: LexisNexis - ACH INVOICE#: 3094974323 DATE: 2/29/2024 Lexis Charges: Period Feb 1 - Feb 31 2024 | $ | 54.64 |
| 03/01/24 | VENDOR: CS Disco, Inc. - ACH-4444 INVOICE#: 435148 DATE: 3/1/2024 Review Database - Darling/American Protiens | $ | 62.50 |
| | Total Expenses: | $ | 169.17 |



Invoice No.: 1000718729
File No.: 190409.010600

Bill Date : July 12, 2024

Darling Ingredients, Inc.
Nick Kemphaus
Email Invoices to: NKemphaus@darlingii.com
5601 N. MacArthur Blvd
Irving, TX 75038

## INVOICE

Re: AMPRO, American Proteins, and Georgia Feed

This invoice replaces invoice 1000710704.

|  |  |  |
|---|---|---|
|  | $ | 23,276.40 |
| (Less Courtesy Discount): | $ | (7,820.00) |
| Total Fees: | $ | 15,456.40 |
| **Current Invoice:** | **$** | **15,456.40** |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com



## Summary of Fees (Current Invoice)

| Timekeeper | | Hours | Rate | | Amount |
|---|---|---|---|---|---|
| Steven J. Rosenwasser | | 5.70 | 795.00 | | 4,531.50 |
| Rushton Davis | | 0.80 | 423.00 | | 338.40 |
| William E. Eye | | 16.40 | 575.00 | | 9,430.00 |
| Imiri David | | 0.60 | 315.00 | | 189.00 |
| Craig L. Williams | | 4.50 | 215.00 | | 967.50 |
| | Totals: | 28.00 | 552.01 | $ | 15,456.40 |

\* \* \* \* \*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

 GreenbergTraurig

*Important:* If you receive a request to change the manner or location of your payment to Greenberg Traurig, please immediately contact Greenberg Traurig's accounting team at 305-418-6503. To assure that your payment is made and received correctly, please do not make any payment per the requested change until you verbally confirm with Greenberg Traurig that the change is legitimate.

#### Note: Payment is Due 30 Days from Date of Invoice

> **FOR YOUR CONVENIENCE,
> PAYMENT INSTRUCTIONS FOR GT FIRM ACCOUNT
> FOR FEES & COSTS ARE AS FOLLOWS:**

**For Wire Instructions:**
Bank:          WELLS FARGO BANK
ABA #:

**For ACH Instructions:**
Bank:          WELLS FARGO BANK
ABA#

CREDIT TO:     GREENBERG TRAURIG DEPOSITORY ACCOUNT
ACCOUNT #:

PLEASE
REFERENCE:     **CLIENT NAME:**        DARLING INGREDIENTS, INC.
               **FILE NUMBER:**        190409.010600
               **INVOICE NUMBER:**     1000718729*
               **BILLING
               PROFESSIONAL:**         **Steven J. Rosenwasser**
IF YOU WISH TO PAY BY CHECK PLEASE REMIT TO THE ADDRESS BELOW:

**Greenberg Traurig
PO Box 936769
ATLANTA GA 31193-6769**

Wire fees may be assessed by your bank.
**\* If paying more than one invoice, please reference all invoice numbers in wiring instructions.**
Please contact acct-cashreceipts@gtlaw.com for any payment related questions.

\*\*\*\*\*

SJR:DMB
Tax ID: 13-3613083

Greenberg Traurig, LLP | Attorneys at Law | Terminus 200 | 3333 Piedmont Road, NE | Suite 2500 | Atlanta, Georgia 30305
Tel 678.553.2100 | Fax 678.553.2212 | www.gtlaw.com

## Description of Professional Services Rendered:

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 05/28/24 | Craig L. Williams | Download and extract documents from Matt H; Import to document repository for case team review, requested by Steven Rosenwasser. | 0.60 | 129.00 |
| 06/03/24 | Steven J. Rosenwasser | Call with N. Kemphaus regarding ███████, conferral call with API regarding costs; review and respond to email from API's counsel regarding conferral. | 0.90 | 715.50 |
| 06/03/24 | Craig L. Williams | Review production request from Will Eye. Prepare production staging searches and follow up to confirm requirements. Execute production QC on target population and export documents with requested bates and endorsements. | 2.10 | 451.50 |
| 06/03/24 | Craig L. Williams | Create search and export requested documents for case team review, requested by WIll Eye. | 0.20 | 43.00 |
| 06/04/24 | William E. Eye | Review Order on Darling's motion regarding reimbursement of attorney's fees and costs incurred in relation to the Subpoena; correspond internally regarding transmission of document production; draft/revise privilege log in light of additional redactions applied to privileged documents. | 0.80 | 460.00 |
| 06/04/24 | Steven J. Rosenwasser | Review Court Order and correspondence on same. | 0.10 | 79.50 |
| 06/05/24 | William E. Eye | Draft/revise privilege log in light of additional redactions applied to privileged documents. | 0.70 | 402.50 |
| 06/05/24 | Steven J. Rosenwasser | Draft and send conferral regarding reimbursement of fees. | 0.20 | 159.00 |
| 06/05/24 | Craig L. Williams | Create targeted searches for requested original and redacted documents and save to case team network drive, requested by WIll Eye. | 1.00 | 215.00 |
| 06/06/24 | Imiri David | Prepared and submitted production to opposing counsel | 0.60 | 189.00 |
| 06/06/24 | William E. Eye | Draft/revise privilege log in light of additional redactions applied to privileged documents; confer with S. Rosenwasser regarding same; incorporate edits from S. Rosenwasser; transmit document production; email correspondence with opposing counsel regarding reimbursement of attorney's fees. | 2.20 | 1,265.00 |
| 06/06/24 | Steven J. Rosenwasser | Review and edit privilege log (.3); review invoices for redactions to use in connection with fee request (.4); follow up email on cost recover (.2). | 0.90 | 715.50 |
| 06/06/24 | Craig L. Williams | Review document productions and provide production summaries and page counts, requested by Will Eye. | 0.60 | 129.00 |

Description of Professional Services Rendered

| | | | | |
|---|---|---|---|---|
| 06/07/24 | William E. Eye | Email correspondence with opposing counsel regarding reimbursement of attorney's fees. | 0.20 | 115.00 |
| 06/07/24 | Steven J. Rosenwasser | Review invoice redactions and draft and send correspondence to API regarding reimbursement for same. | 0.20 | 159.00 |
| 06/11/24 | Steven J. Rosenwasser | Call with M. Hamm regarding ▮▮▮▮ | 0.20 | 159.00 |
| 06/14/24 | Steven J. Rosenwasser | Review and respond to email regarding fee settlement. | 0.10 | 79.50 |
| 06/19/24 | William E. Eye | Email correspondence with opposing counsel and internally regarding offer of reimbursement of attorney's fees; confer with S. Rosenwasser regarding drafting of motion for fees and costs incurred in connection with non-party subpoena. | 0.70 | 402.50 |
| 06/19/24 | Steven J. Rosenwasser | Review response from API on fees and call with eye on strategy for same; call with M. Hamm regarding ▮▮▮▮ | 0.20 | 159.00 |
| 06/20/24 | William E. Eye | Confer with S. Rosenwasser regarding motion for reimbursement of fees and costs incurred in connection with non-party subpoena; research protocol for requesting reimbursement of expenses incurred in connection with non-party subpoena; draft/revise motion for reimbursement of fees and costs incurred in connection with non-party subpoena. | 4.20 | 2,415.00 |
| 06/20/24 | Steven J. Rosenwasser | Internal correspondence with Eye regarding strategy for reimbursement motion (0.1 hours); draft and send email to API regarding impasse and seeking court intervention and email to Court seeking permission to file reimbursement brief (0.2 hours); call with Eye regarding strategy for API brief (0.3 hours); review emails for use in reimbursement brief (0.3 hours). | 0.90 | 715.50 |
| 06/24/24 | William E. Eye | Draft/revise motion for reimbursement of fees and costs incurred in connection with non-party subpoena. | 3.10 | 1,782.50 |
| 06/25/24 | Rushton Davis | Conducting telephonic conference to ▮▮▮▮ | 0.10 | 42.30 |
| 06/25/24 | Rushton Davis | Analyzing NDGA case law to establish that attorney hourly rates are reasonable in Atlanta for purposes of motion for attorneys fees | 0.70 | 296.10 |
| 06/25/24 | William E. Eye | Review conferral history and keyword hit reports in connection with motion for reimbursement of fees and costs; draft/revise motion for reimbursement of fees and costs. | 3.00 | 1,725.00 |
| 06/25/24 | Steven J. Rosenwasser | Review and respond to Eye email regarding grouping fees and expenses; confer with Eye on fees brief. | 0.40 | 318.00 |

Description of Professional Services Rendered

| 06/26/24 | William E. Eye | Draft affidavit in support of motion for reimbursement of fees and costs; draft/revise motion for reimbursement of fees and costs; incorporate edits from S. Rosenwasser to motion for reimbursement of fees and costs; call with S. Rosenwasser regarding same. | 1.50 | 862.50 |
| 06/26/24 | Steven J. Rosenwasser | Review and edit motion for fees and accompanying affidavit and correspondence on same (1.2 hours); call with Eye regarding brief (0.3 hours); correspondence to court (0.1 hours) | 1.60 | 1,272.00 |

|  |  | Total Time: | 28.00 |  |
|  |  | Total Fees: |  | $ 15,456.40 |