# Exhibit A

## Sperry, Brian B (ATL - X48434)

| | |
|---|---|
| **From:** | Sperry, Brian B (ATL - X48434) |
| **Sent:** | Friday, August 2, 2024 3:14 PM |
| **To:** | Sperry, Brian B (ATL - X48434) |
| **Subject:** | FW: API v. Tyson (Civil Action No.: 2:22-CV-00091-RWS) |
| **Attachments:** | 2024.05.31 DKT 168 Non-Party Darling's Second Motion to Quash or, in the Alternative, Motion for Order Compelling Production(699026803.1).pdf |

---

**From:** Steven.Rosenwasser@gtlaw.com <Steven.Rosenwasser@gtlaw.com>
**Sent:** Friday, May 31, 2024 9:53 AM
**To:** stacy_kemp@gand.uscourts.gov
**Cc:** Saladrigas, Caitlin F (WPB - X28349) <Caitlin.Saladrigas@hklaw.com>; Reagin, Patrick (ATL - X48433) <Patrick.Reagin@hklaw.com>; eyew@gtlaw.com; Cox, Kevin W (TAL - X35624) <kevin.cox@hklaw.com>; Hendrick, A Andre (ATL - X48131) <andre.hendrick@hklaw.com>
**Subject:** API v. Tyson (Civil Action No.: 2:22-CV-00091-RWS)
**Importance:** High

*[External email]*
Ms. Kemp,

Good morning. I represent non-party Darling Ingredients, Inc. ("Darling"). This morning, Darling filed the attached Motion in the API v. Tyson matter (Civil Action No. 2:22-CV-00091-RWS). Shortly after filing, API's counsel informed us of this Court's Standing Order relating to discovery disputes (despite that Order's requirement that we be informed of the rule during the conferral process). Having now reviewed the Standing Order, we wanted to bring the issue to your attention and ask the Court's guidance.

As set forth in the attached (short) Motion, a dispute has arisen between the parties that relates to Darling's obligation to produce documents pursuant to a Court Order. Darling does not want to violate the Court's Order and has been unfairly placed in a box by a new position API's counsel took yesterday. Given the time sensitivity of the issue, and the short length of the brief, we respectfully request that the Court allow the Motion to stand as filed. Otherwise, Darling will be unfairly forced to choose between violating a Court Order or facing a claim by API that Darling is waiving its right to over $175,000 in fees and expenses. Alternatively, we request that the Court stay any obligation by Darling to produce documents until this issue can be resolved through the Court's normal Standing Order process.

I apologize for the urgent nature of this issue and appreciate the Court's assistance.

Thanks,

Steven Rosenwasser

**Steven J. Rosenwasser**
Shareholder

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.7388 | F 678.553.7313
Steven.Rosenwasser@gtlaw.com | www.gtlaw.com | View GT Biography

**GT GreenbergTraurig**

**From:** David, Imiri (JrPara-ATL-IP-Tech) <Imiri.David@gtlaw.com>
**Sent:** Friday, May 31, 2024 9:32 AM
**To:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>; Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>
**Subject:** RE: Urgent Filing - Darling/API

Motion has been submitted and saved, see filestamped copy attached.

**Imiri David**
Jr. Paralegal

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2123
Imiri.David@gtlaw.com  |  www.gtlaw.com

**GT GreenbergTraurig**

**From:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>
**Sent:** Friday, May 31, 2024 9:23 AM
**To:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>; David, Imiri (JrPara-ATL-IP-Tech) <Imiri.David@gtlaw.com>
**Subject:** RE: Urgent Filing - Darling/API

Thank you both. I think its fine to file now. 5 minutes wont matter (despite it being my prior thought)

**Steven J. Rosenwasser**
Shareholder

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.7388  |  F 678.553.7313
Steven.Rosenwasser@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

**GT GreenbergTraurig**

**From:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>
**Sent:** Friday, May 31, 2024 9:22 AM
**To:** David, Imiri (JrPara-ATL-IP-Tech) <Imiri.David@gtlaw.com>
**Cc:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>
**Subject:** RE: Urgent Filing - Darling/API

File in 5 minutes please.

Thanks,

Will

**William E. Eye**
Associate

2

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2132  |  F +1 678.553.2291  |  C +1 786.921.6356
eyew@gtlaw.com  |  www.gtlaw.com  |  View GT Biography



---

**From:** David, Imiri (JrPara-ATL-IP-Tech) <Imiri.David@gtlaw.com>
**Sent:** Friday, May 31, 2024 9:13 AM
**To:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>
**Cc:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>
**Subject:** RE: Urgent Filing - Darling/API

Ready to file.

**Imiri David**
Jr. Paralegal

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2123
Imiri.David@gtlaw.com  |  www.gtlaw.com

---

**From:** Eye, William E. (Assoc-ATL-LT) <eyew@gtlaw.com>
**Sent:** Friday, May 31, 2024 8:03 AM
**To:** David, Imiri (JrPara-ATL-IP-Tech) <Imiri.David@gtlaw.com>
**Cc:** Rosenwasser, Steven J. (Shld-ATL-LT) <Steven.Rosenwasser@gtlaw.com>
**Subject:** Urgent Filing - Darling/API

Hi Imiri,

We have an emergency filing that we want to make first thing this morning (*i.e.*, before 10 AM). The motion is attached.

Let me know when you are ready to file. I need to send an email to opposing counsel first. **Do not file until I give you the green light.**

Regards,

Will

**William E. Eye**
Associate

Greenberg Traurig, LLP
Terminus 200 | 3333 Piedmont Road NE | Suite 2500 | Atlanta, GA 30305
T +1 678.553.2132  |  F +1 678.553.2291  |  C +1 786.921.6356
eyew@gtlaw.com  |  www.gtlaw.com  |  View GT Biography

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.