# Exhibit C

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMERICAN PROTEINS, INC. n/k/a CROSSROADS PROPERTIES A, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> RIVER VALLEY INGREDIENTS, INC., TYSON POULTRY, INC., and TYSON FARMS, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) C.A. No. 2:22-cv-00091-RWS |

**DECLARATION OF BRIAN B. SPERRY**

I, Brian B. Sperry declare the following:

1. I am an adult over 18 years old;

2. I am an associate at Holland & Knight LLP and counsel for American Proteins, Inc. n/k/a Crossroads Properties A, Inc., AMPRO Products, Inc., n/k/a Crossroads Properties B, Inc., and Georgia Feed Products Company, LLC, n/k/a Crossroads Properties C, LLC (collectively "API").

3. I am competent to testify and have first-hand knowledge about the facts in this Declaration.

**4.** Attached as Exhibit 1 is a true and correct summary of the analysis I conducted regarding non-party Darling Ingredients, Inc.'s invoices for which Darling seeks fee-shifting. (*See* Doc. 176.)

**5.** As reflected in Exhibit 1, I reviewed each of Darling's time entries from the invoices submitted in connection with its request for fee and cost reimbursement. In that review, I assigned one of the following labels to each entry:

    a. "Compliance" for entries that facially relate to collecting and producing documents;

    b. "Resisting" for entries the facially relate to objections, litigating motions, and conferrals related to both;

    c. "Other or Resisting" for entries that facially relate to actions taken for Darling's benefit—e.g., negotiating and drafting a new protective order; conducting confidentiality and privilege reviews; and communications with third parties; and

    d. "Mixed" for entries that facially relate to "Compliance" and any of the other labels.

**6.** After sorting the entries by those labels, I reviewed the entries for other issues that would (1) make them not subject to reimbursement or (2) prevent meaningful review of the reasonableness of those fees. I then assigned each entry any of the following sub-labels that applied:

    a. "Block-Billed" for entries that included multiple tasks without assigning a time to each task;

    b. "Duplicative" for entries that included tasks already performed by that or another timekeeper;

    c. "Vague" for entries that included generic descriptions of tasks;

    d. "Excessive time" for entries that facially included time amounts beyond what would be reasonable; and

    e. "Administrative tasks" for entries where attorneys billed for tasks that did not require legal training—e.g., filing documents with the Court or reviewing the docket.

**7.** After assigning each entry a label and any applicable sub-labels, I filtered for entries under the "Compliance" label and totaled those amounts. Then I filtered for entries with under the "Mixed" label and totaled those amounts. Next, we divided the "Mixed" amount by half to account for the tasks not related to "Compliance." Finally, I totaled the "Compliance" amount and the halved "Mixed" amount.

**8.** Exhibit 1 shows which labels and sub-labels I assigned to each entry. The totals per category amounted to, roughly:

    a. "Resisting" and Other or "Resisting": $113,000

    b. "Mixed": $24,100

    c. "Compliance": $6,400

Under the laws of the United States of America, I declare under penalty of perjury that, to the best of my knowledge, the foregoing information is true and correct.

Dated: August 2, 2024 in Atlanta, Georgia

*/s/ Brian B. Sperry*
Brian B. Sperry

# EXHIBIT 1

To the Declaration of Brian B. Sperry

# SUMMARY OF ANALYSIS REGARDING DARLING INGREDIENTS, INC.'S FEE DEMAND

**A.   Greenberg Traurig time entries related to resisting API's subpoena:**[1]

   **I.   Steven Rosenwasser:**

   *a.* 2023-07-17
       i. Also block-billed, duplicative, and vague
   *b.* 2023-07-18
       i. Also block-billed and vague
   *c.* 2023-07-20
       i. Also block-billed and vague
   *d.* 2023-08-30
       i. Also block-billed and duplicative
   *e.* 2023-09-06
       i. Also block-billed and vague
   *f.* 2023-10-20
       i. Also block-billed and vague
   *g.* 2023-10-23
       i. Also block-billed and vague
   *h.* 2023-10-30
       i. Also block-billed and vague
   *i.* 2023-11-10
       i. Also block-billed and vague
   *j.* 2023-11-14
       i. Also block-billed and vague
   *k.* 2023-11-15
       i. Also block-billed and vague
   *l.* 2023-11-16

---

[1] This category includes entries under the "Resisting" and "Other or Resisting" labels related to: (1) objecting to and resisting the subpoena; (2) litigating API's motion to compel; (3) litigating Darling's two motions to quash; (4) negotiating and drafting a new protective order; (5) conducting confidentiality and privilege reviews; and (6) communications with third parties.

   i. Also block-billed
*m.* 2023-12-08
   i. Also block-billed and vague, and redacted
*n.* 2023-12-11
   i. Also block-billed, vague, and redacted and
*o.* 2023-12-12
   i. Also block-billed, vague and excessive time
*p.* 2023-12-13
   i. Also block-billed and vague
*q.* 2023-12-14
   i. Also excessive time
*r.* 2023-12-15
   i. i. Also block-billed and vague
*s.* 2023-12-18
   i. Also block-billed and vague
*t.* 2023-12-19
   i. Also block-billed and vague
*u.* 2023-12-29
*v.* 2024-01-02
   i. Also block-billed
*w.* 2024-01-08
   i. Also block-billed
*x.* 2024-01-11
   i. Also block-billed and duplicative
*y.* 2024-01-12
*z.* 2024-01-30
   i. Also block-billed and vague
*aa.* 2024-01-31
   i. Also vague
*bb.* 2024-02-01
   i. Also block-billed and vague
*cc.* 2024-02-02
   i. Also block-billed and includes administrative tasks
*dd.* 2024-02-22
   i. Also block-billed
*ee.* 2024-03-01
*ff.* 2024-03-06
*gg.* 2024-03-13
   i. Also block-billed and vague
*hh.* 2024-03-15

    i. Also block-billed and vague
  *ii.* 2024-03-18
    i. Also block-billed and vague
  *jj.* 2024-03-20
    i. Also block-billed and vague
  *kk.* 2024-03-22
    i. Also block-billed and vague
  *ll.* 2024-04-01
    i. Also vague
  *mm.* 2024-04-03
    i. Also block-billed and vague
  *nn.* 2024-04-11
    i. Also redacted
  *oo.* 2024-04-12
    i. Also block-billed and redacted
  *pp.* 2024-04-17
  *qq.* 2024-04-19
    i. Also block-billed and vague
  *rr.* 2024-04-20
    i. Also vague
  *ss.* 2024-04-23
  *tt.* 2024-04-25

**II. William Eye:**

  a. 2023-07-17
    i. Also duplicative and vague
  b. 2023-07-20
    i. Also block-billed, duplicative, vague, and excessive time
  c. 2023-07-24
    i. Also duplicative, vague, and excessive time
  d. 2023-07-25
    i. Also duplicative, vague and excessive time
  e. 2023-08-04
    i. Also block-billed, vague, and includes administrative tasks
  f. 2023-08-30
    i. Also block-billed and duplicative
  g. 2023-11-01

    i. Also duplicative and vague
  h. 2023-12-08
    i. Also block-billed, vague, redacted, and includes administrative tasks
  i. 2023-12-11
    i. Also block-billed and redacted
  j. 2023-12-12
    i. Also block-billed, duplicative, and vague
  k. 2023-12-13
    i. Also block-billed, vague, and redacted
  l. 2023-12-14
    i. Also block-billed and vague
  m. 2023-12-15
    i. Also block-billed, vague, and excessive time
  n. 2023-12-18
    i. Also block-billed and vague
  o. 2023-12-19
    i. Also block-billed and vague
  p. 2023-12-20
    i. Also block-billed, vague, and includes administrative tasks
  q. 2023-12-21
    i. Also includes administrative tasks
  r. 2023-12-22
    i. Also includes administrative tasks, excessive time, and duplicative
  s. 2024-01-08
    i. Also block-billed and vague
  t. 2024-01-11
    i. Also duplicative
  u. 2024-01-12
    i. Also includes administrative tasks
  v. 2024-01-30
    i. Also block-billed and vague
  w. 2024-01-31
    i. Also block-billed and vague
  x. 2024-02-01
    i. Also vague
  y. 2024-02-02
    i. Also block-billed, vague, and includes administrative tasks

  *z.* 2024-02-22
  *aa.* 2024-02-23
    i. Also block-billed and duplicative
  *bb.* 2024-03-22
    i. Also block-billed
  *cc.* 2024-04-03

 III. **Rushton Davis:**

  *a.* 2023-12-12
    i. Also duplicative and vague
  *b.* 2023-12-13
    i. Also redacted
  *c.* 2023-12-14
    i. Also redacted
  *d.* 2023-12-14
    i. Also redacted
  *e.* 2023-12-14
    i. Also redacted
  *f.* 2024-01-30
    i. Also redacted

 IV. **Imiri David:**

  *a.* 2024-01-12
    i. Also administrative task

B. **Greenberg Traurig mixed time entries related API's subpoena:**[2]

 I. **Steven Rosenwasser:**

  *a.* 2023-07-19
    i. Also block-billed and vague
  *b.* 2024-02-23

---

[2] This category includes entries under the "Mixed" label where some component could be related to complying with the subpoena.

        i. Also block-billed and vague
- c. 2024-02-28
  - i. Also block-billed and vague
- d. 2024-03-14
  - i. Also block-billed and vague
- e. 2024-03-19
  - i. Also block-billed
- f. 2024-03-26
  - i. Also block-billed
- g. 2024-03-27
  - i. Also block-billed and vague
- h. 2024-03-30
  - i. Also block-billed
- i. 2024-04-02
  - i. Also block-billed
- j. 2024-04-04
  - i. Also block-billed
- k. 2024-04-06
  - i. Also block-billed
- l. 2024-04-08
  - i. Also block-billed, vague, and redacted
- m. 2024-04-15
  - i. Also block-billed, vague, partner doing associate work and administrative task
- n. 2024-04-18
  - i. Also block-billed, duplicative, vague, excessive time, and includes administrative tasks
- o. 2024-04-22
  - i. Also duplicative and excessive time
- p. 2024-04-24
  - i. Also block-billed, duplicative, and vague
- q. 2024-04-29
  - i. Also block-billed, duplicative, vague, excessive time, and includes administrative task
- r. 2024-04-30
  - i. Also block-billed and redacted

## II. William Eye:

    a. 2024-03-04

        i. Also block-billed
- b. 2024-03-14
  - i. Also block billed and duplicative
- c. 2024-04-05
- d. 2024-04-18
  - i. Also block-billed, duplicative, vague, and excessive time
- e. 2024-04-19
  - i. Also block-billed and vague
- f. 2024-04-22
  - i. Also duplicative, vague, and excessive time
- g. 2024-04-24
  - i. Also block-billed, vague, and duplicative
- h. 2024-04-25
  - i. Also block-billed, vague, and duplicative
- i. 2024-04-26
  - i. Also block-billed, vague, and duplicative
- j. 2024-04-29
  - i. Also block-billed, vague, duplicative, and redacted
- k. 2024-04-30
  - i. Also block-billed, vague, duplicative, and redacted

### III. Rushton Davis:

- a. 2024-04-22
  - i. Also administrative task
- b. 2024-04-22

### IV. Colyer Montgomery:

- a. 2024-04-22
  - i. Also block-billed
- b. 2024-04-23
- c. 2024-04-24
- d. 2024-04-25
- e. 2024-04-27
- f. 2024-04-28
- g. 2024-04-29
- h. 2024-04-30

### V. Craig Williams:

      *a.* 2024-04-22 (i)
           i. Also vague
      *b.* 2024-04-22 (ii)
           i. Also duplicative, vague, excessive time, and administrative task

**C. Greenberg Traurig Time Entries Related to Complying with API's Subpoena:[3]**

    I. **Steven Rosenwasser:**

        *a.* 2024-03-04
        *b.* 2024-03-05
            i. Also vague
        *c.* 2024-03-06
            i. Also block-billed
        *d.* 2024-03-07
            i. Also block-billed
        *e.* 2024-03-21
            i. Also block-billed
        *f.* 2024-03-29
            i. Also block-billed
        *g.* 2024-04-16
            i. Also block-billed and includes administrative tasks

    II. **William Eye:**

        *a.* 2023-07-26
            i. Also block-billed and vague
        *b.* 2024-03-06
            i. Also block-billed and duplicative
        *c.* 2024-03-07
        *d.* 2024-03-21
            i. Also block-billed and duplicative
        *e.* 2024-04-02
            i. Also block-billed

---

[3] This category includes entries under the "Compliance" label that appear to be wholly related to complying with the subpoena.

   *f.* 2024-04-15
     i. Also block-billed and duplicative
   *g.* 2024-04-16
   *h.* 2024-04-21
     i. Also administrative task and duplicative
   *i.* 2024-04-23
     i. Also vague and duplicative

**III. Craig Williams:**

   *a.* 2024-04-15
   *b.* 2024-04-18
   *c.* 2024-04-19
   *d.* 2024-04-23
     i. Also vague and administrative task
   *e.* 2024-04-23
     i. Also vague and administrative task

**IV. Rushton Davis:**

   *a.* 2024-03-14
   *b.* 2024-04-30

14