# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
### GAINESVILLE DIVISION

AMERICAN PROTEINS, INC. n/k/a CROSSROADS PROPERTIES A, INC., et al.,

      Movants,

**v.**

DARLING INGREDIENTS INC.,

      Respondent.

-----------------------------------------------

AMERICAN PROTEINS, INC. n/k/a CROSSROADS PROPERTIES A, INC., et al.,

      Plaintiffs,

 v.

RIVER VALLEY INGREDIENTS, LLC, et al.,

      Defendants.

Civil Action No. 2:22-CV-00091-RWS

## NON-PARTY DARLING INGREDIENTS INC.'S
## NOTICE OF CORRECTION AND SUBMISSION OF CORRECTED
## <u>EXHIBIT 12 TO THE DECLARATION OF STEVEN J. ROSENWASSER</u>

Non-Party Darling Ingredients ("Darling") submits this Notice of Correction

regarding Exhibit 12 to the Declaration of Steven J. Rosenwasser (DE 176-13),

*ACTIVE 700781232v1*

which was filed in support of Darling's Rule 45 Motion for Reimbursement of Fees and Costs Incurred in Response to Subpoena (DE 176; DE 176-1).

Exhibit 12 is a compilation of invoices spanning July 2023 to June 26, 2024 reflecting fees and costs that Darling incurred in connection with the subpoena served by Plaintiff American Proteins, Inc's ("API"). *See* DE 176-13. The Declaration references Exhibit 12 and itemizes fees and costs by month. DE 176-1 at 14. Upon review, Darling recognized that it inadvertently omitted an invoice for work performed in May 2024. While the Declaration correctly itemizes the amount of fees and costs that Darling incurred that month, Exhibit 12 omits the pertinent invoice. Immediately upon recognizing this oversight, counsel for Darling provided counsel for API a copy of the May 2024 invoice.

Attached to this Notice is a corrected Exhibit 12 that includes the inadvertently omitted May 2024 invoice.

Respectfully submitted, this 5th day of August, 2024.

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser
Georgia Bar No. 614908
William E. Eye
Georgia Bar No. 688914
*Attorneys for Respondent*

**GREENBERG TRAURIG, LLP**
3333 Piedmont Road NE
Terminus 200, Suite 2500
Atlanta, Georgia 30305
Telephone: (678) 553 2100
Fax: (678) 553 2212

ACTIVE 700781232v1

## CERTIFICATE OF SERVICE

This is to certify that on August 5, 2024, I electronically filed the foregoing **NON-PARTY DARLING INGREDIENTS INC.'S NOTICE OF CORRECTION AND SUBMISSION OF CORRECTED EXHIBIT 12 TO THE DECLARATION OF STEVEN J. ROSENWASSER** with the CM/ECF e-filing system, which will automatically send email notification of such filing to attorneys of record.

This 5th day of August, 2024

/s/ *Steven J. Rosenwasser*
Steven J. Rosenwasser

ACTIVE 700781232v1