IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| AMERICAN PROTEINS, INC. n/k/a CROSSROADS PROPERTIES A, INC., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>RIVER VALLEY INGREDIENTS, LLC, *et al.*,<br><br>Defendants. | CIVIL ACTION FILE NO. 2:22-CV-091-RWS |

### CERTIFICATE OF SERVICE

I certify that on September 30, 2024, DEFENDANTS' SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST SET OF INTERROGATORIES were served via electronic mail and U.S. Mail on the following counsel of record:

Cynthia G. Burnside
J. Allen Maines
Patrick Reagin
Matthew T. Covell
Andre Hendrick
Brian B. Sperry
HOLLAND & KNIGHT LLP
Regions Plaza, Suite 1800
1180 West Peachtree Street, N.W.
Atlanta, Georgia 30309
cynthia.burnside@hklaw.com
matthew.covell@hklaw.com

302976965v1

- 2 -

allen.maines@hklaw.com
Patrick.reagin@hklaw.com
Andre.hendrick@hklaw.com
Brian.sperry@hklaw.com

TROUTMAN PEPPER HAMILTON SANDERS LLP

*/s/ James A. Lamberth*
JAMES A. LAMBERTH
james.lamberth@troutman.com
Georgia Bar No. 431851
CHARLES E. PEELER
charles.peeler@troutman.com
Georgia Bar No. 570399
KASIA HEBDA
kasia.hebda@troutman.com
Georgia Bar No. 637324
T. SCOTT MILLS
scott.mills@troutman.com
Georgia Bar No. 757063

600 Peachtree Street, N.E.
Suite 3000, Bank of America Plaza
Atlanta, GA  30308-2216
T: (404) 885-3000
F: (404) 885-3900

*Attorneys for Defendants*

- 2 -

302976965v1

## CERTIFICATE OF SERVICE

I hereby certify that on the 8th day of October, 2024, a true and correct copy of the foregoing was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's CM/ECF system.

>/s/ James A. Lamberth
>JAMES A. LAMBERTH
>james.lamberth@troutman.com
>Georgia Bar No. 431851